CHARLES L. ROBERTS (USB No. 5137)
*croberts@wnlaw.com*
JAMES B. BELSHE (USB No. 9826)
*jbelshe@wnlaw.com*
CHAD E. NYDEGGER (USB No. 9964)
*cnydegger@wnlaw.com*
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah  84111
Telephone:  (801) 533-9800
Facsimile:    (801) 328-1707

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LL&L INNOVATIONS LLC, a Utah limited liability company, and LOWDOWN DISTRIBUTION, INC., a California corporation,<br><br>Plaintiffs,<br>v.<br><br>JERRY LEIGH OF CALIFORNIA, INC., a California corporation; KOHL'S CORPORATION, a Wisconsin corporation; JC PENNEY COMPANY, INC., a Texas corporation; RUSTY NORTH AMERICA, LLC, a California limited liability company; HOT TOPIC MERCHANDISING, INC, a California corporation, and SUN COAST MERCHANDISE CORPORATION d/b/a SUNSCOPE, a California corporation,<br><br>Defendants. | Civil Action No.  2:10-cv-00829-DN<br><br>**PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>Magistrate Judge David Nuffer |

Plaintiffs LL&L Innovations LLC ("LL&L") and Lowdown Distribution, Inc., [collectively, "Plaintiffs"] hereby move the Court for a temporary restraining order and preliminary injunction

immediately enjoining defendants Jerry Leigh of California, Inc. ("Jerry Leigh"), Kohl's Corporation ("Kohl's"), JC Penney Company, Inc. ("JC Penney"), Rusty North America, LLC ("Rusty"), Hot Topic Merchandising, Inc. ("Hot Topic"), and Sun Coast Merchandise Corp. d/b/a Sunscope ("Sunscope") [collectively, "Defendants"] from making and selling products that infringe Plaintiffs' patent rights in U.S. Patent No. 7,519,192.

The motion is made upon all the files, records, and proceedings in this action and upon the memorandum of law and declarations filed in support hereof.

DATED this 20th day of August, 2010.

                                              WORKMAN | NYDEGGER

                                              By */s/ James B. Belshe*
                                                  CHARLES L. ROBERTS
                                                  JAMES B. BELSHE
                                                  CHAD E. NYDEGGER

                                              Attorneys for Plaintiffs
                                              LL&L INNOVATIONS LLC and
                                              LOWDOWN DISTRIBUTION, INC.