# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Tena Campbell

COURT REPORTER: Ray Fenlon
COURTROOM DEPUTY: Mary Jane McNamee
INTERPRETER:

CASE NO. 2:10cv00829 TC

LL&L Innovation v. Jerry Leigh

Approved By:_____

## APPEARANCE OF COUNSEL

Pla   Chad Nydegger, James Belsche
Dft   Shawn Hansen

DATE: 9/1/2010

MATTER SET: Status Conference

DOCKET ENTRY:

Mr. Shawn Hansen appears on behalf of all defendants, and appears by telephone. The Court does not grant the TRO at this time, and sets the following deadlines:

9/7/2010   Defendant will file response
9/13/2010   Plaintiff will file reply to defendant's response
9/17/2010 at 10:00 a.m.   Evidentiary hearing

Cnsl will pre-mark the following exhibits for the 9/17/2010 hearing: exhibit #1 - plaintiff's prosecution history file and exhibit #2 - defendant will file prior art.

_/s/ Tena Campbell_
Tena Campbell
Chief, District Court Judge

9-2-2010
Date