# File History Report

☒   Paper number **File Wrapper Jacket 7,519,192**  is missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available.

☐   The following page(s) _____ of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available

☐   The following checked item(s) of paper number _____ is/are missing from the United States Patent and Trademark Office's original copy of the file history. No additional information is available
☐  **PTO 892**
☐  **PTO 948**
☐  **PTO 1449**
☐  **PTO 1474**
☐  **Assignment**

**Additional comments**
_____

7,519,192

WIRED CLOTHING AND EARPHONES

Transaction History

| Date | Transaction Description |
|------|------------------------|
| 9/13/2005 | PGPubs nonPub Request |
| 9/13/2005 | Initial Exam Team nn |
| 9/21/2005 | IFW Scan & PACR Auto Security Review |
| 9/26/2005 | Cleared by OIPE CSR |
| 9/30/2005 | Notice Mailed--Application Incomplete--Filing Date Assigned |
| 11/21/2005 | Additional Application Filing Fees |
| 11/21/2005 | A statement by one or more inventors satisfying the requirement under 35 USC 115, Oath of the Applic |
| 12/2/2005 | Application Dispatched from OIPE |
| 12/2/2005 | Application Is Now Complete |
| 3/28/2006 | IFW TSS Processing by Tech Center Complete |
| 3/28/2006 | Case Docketed to Examiner in GAU |
| 10/17/2007 | Case Docketed to Examiner in GAU |
| 2/19/2008 | Non-Final Rejection |
| 2/21/2008 | Mail Non-Final Rejection |
| 5/13/2008 | Case Docketed to Examiner in GAU |
| 6/10/2008 | Response after Non-Final Action |
| 7/28/2008 | Date Forwarded to Examiner |
| 9/9/2008 | Final Rejection |
| 9/10/2008 | Mail Final Rejection (PTOL - 326) |
| 10/8/2008 | Case Docketed to Examiner in GAU |
| 12/10/2008 | Amendment after Final Rejection |
| 12/11/2008 | Date Forwarded to Examiner |
| 12/19/2008 | Document Verification |
| 12/19/2008 | Notice of Allowance Data Verification Completed |
| 12/19/2008 | Case Docketed to Examiner in GAU |
| 12/22/2008 | Mail Notice of Allowance |
| 3/5/2009 | Issue Fee Payment Verified |
| 3/5/2009 | Issue Fee Payment Received |
| 3/9/2009 | Application Is Considered Ready for Issue |
| 3/11/2009 | Dispatch to FDC |
| 3/25/2009 | Issue Notification Mailed |
| 4/14/2009 | Recordation of Patent Grant Mailed |
| 4/14/2009 | Patent Issue Date Used in PTA Calculation |
| 9/21/2009 | Post Issue Communication - Certificate of Correction |

| *Search Notes*  | Application/Control No. 11224888 | Applicant(s)/Patent Under Reexamination LAYCOCK ET AL. |
|---|---|---|
| | Examiner RYAN C ROBINSON | Art Unit 4142 |

| SEARCHED | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| 2 | 209, 906 | 2/12/2008 | RR |
| 381 | 300-301, 309, 333, 370, 376, 380, 382, 385, 388 | 2/12/2008 | RR |

| SEARCH NOTES | | |
|---|---|---|
| **Search Notes** | **Date** | **Examiner** |
| IEEE search attached | 2/12/2008 | RR |
| EAST search attached | 2/12/2008 | RR |
| PLUS results attached | 2/12/2008 | RR |
| DialogWeb search attached | 2/12/2008 | RR |
| Inventor search attached | 2/13/2008 | RR |

| INTERFERENCE SEARCH | | | |
|---|---|---|---|
| **Class** | **Subclass** | **Date** | **Examiner** |
| | | | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11224888 | LAYCOCK ET AL. |
| | Examiner | Art Unit |
| | RYAN C ROBINSON | 2615 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 2 | 209.13, 905 | 9/4/2008 | RCR |
| 381 | 333, 364, 388 | 9/4/2008 | RCR |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST search attached | 9/4/2008 | RCR |
| Inventor search for double patenting | 9/4/2008 | RCR |
| Consulted w/ Suhan Ni (SPE) | 9/4/2008 | RCR |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

| /RYAN C ROBINSON/<br>Examiner.Art Unit 2615 | |
|---|---|
| | |

| *Search Notes* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11224888 | LAYCOCK ET AL. |
| | Examiner | Art Unit |
| | RYAN C ROBINSON | 2614 |

## SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 2 | 209.13, 905 | 9/4/2008 | RCR |
| 381 | 333, 364, 388 | 9/4/2008 | RCR |
| 381 | 301, 333, 370, 385, 388 | 12/17/2008 | RCR |

## SEARCH NOTES

| Search Notes | Date | Examiner |
|---|---|---|
| EAST search | 9/4/2008 | RCR |
| Inventor search for double patenting | 9/4/2008 | RCR |
| Consulted w/ Suhan Ni (SPE) | 9/4/2008 | RCR |
| Updated EAST search attached | 12/17/2008 | RCR |
| Updated Inventor search | 12/17/2008 | RCR |

## INTERFERENCE SEARCH

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 381 | 301, 333, 370, 385, 388 | 12/17/2008 | RCR |

/R. C. R /
Examiner.Art Unit 2614

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11224888 | LAYCOCK ET AL. |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ | Examiner | Art Unit |
| | RYAN C ROBINSON | 4142 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☐ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/12/2008 | | | | | | | |
| | 1 | ✓ | | | | | | | |
| | 2 | ✓ | | | | | | | |
| | 3 | ✓ | | | | | | | |
| | 4 | ✓ | | | | | | | |
| | 5 | ✓ | | | | | | | |
| | 6 | ✓ | | | | | | | |
| | 7 | ✓ | | | | | | | |
| | 8 | ✓ | | | | | | | |
| | 9 | ✓ | | | | | | | |
| | 10 | ✓ | | | | | | | |
| | 11 | ✓ | | | | | | | |
| | 12 | ✓ | | | | | | | |
| | 13 | ✓ | | | | | | | |
| | 14 | ✓ | | | | | | | |
| | 15 | ✓ | | | | | | | |
| | 16 | ✓ | | | | | | | |
| | 17 | ✓ | | | | | | | |
| | 18 | ✓ | | | | | | | |
| | 19 | ✓ | | | | | | | |
| | 20 | ✓ | | | | | | | |
| | 21 | ✓ | | | | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11224888 | LAYCOCK ET AL. |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖ | Examiner | Art Unit |
| | RYAN C ROBINSON | 4142 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| ☐ Claims renumbered in the same order as presented by applicant | | | ☐ CPA | ☐ T.D. | ☐ R.1.47 |
|---|---|---|---|---|---|

| CLAIM | | DATE | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/12/2008 | 09/04/2008 | | | | | | |
| | 1 | ✓ | = | | | | | | |
| | 2 | ✓ | = | | | | | | |
| | 3 | ✓ | = | | | | | | |
| | 4 | ✓ | = | | | | | | |
| | 5 | ✓ | = | | | | | | |
| | 6 | ✓ | = | | | | | | |
| | 7 | ✓ | = | | | | | | |
| | 8 | ✓ | = | | | | | | |
| | 9 | ✓ | = | | | | | | |
| | 10 | ✓ | = | | | | | | |
| | 11 | ✓ | ✓ | | | | | | |
| | 12 | ✓ | ✓ | | | | | | |
| | 13 | ✓ | ✓ | | | | | | |
| | 14 | ✓ | ✓ | | | | | | |
| | 15 | ✓ | ✓ | | | | | | |
| | 16 | ✓ | ✓ | | | | | | |
| | 17 | ✓ | - | | | | | | |
| | 18 | ✓ | - | | | | | | |
| | 19 | ✓ | - | | | | | | |
| | 20 | ✓ | - | | | | | | |
| | 21 | ✓ | - | | | | | | |

| *Index of Claims* | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| | 11224888 | LAYCOCK ET AL. |
| | Examiner | Art Unit |
| | RYAN C ROBINSON | 2614 |

| ✓ | Rejected | - | Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

☒ Claims renumbered in the same order as presented by applicant    ☐ CPA    ☐ T.D.    ☐ R.1.47

| CLAIM | | DATE | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Final | Original | 02/12/2008 | 09/04/2008 | 12/17/2008 | | | | |
| 1 | 1 | ✓ | = | = | | | | |
| 2 | 2 | ✓ | = | = | | | | |
| 3 | 3 | ✓ | = | = | | | | |
| 4 | 4 | ✓ | = | = | | | | |
| 5 | 5 | ✓ | = | = | | | | |
| 6 | 6 | ✓ | = | = | | | | |
| 7 | 7 | ✓ | = | = | | | | |
| 8 | 8 | ✓ | = | = | | | | |
| 9 | 9 | ✓ | = | = | | | | |
| 10 | 10 | ✓ | = | = | | | | |
| | 11 | ✓ | ✓ | - | | | | |
| | 12 | ✓ | ✓ | - | | | | |
| 11 | 13 | ✓ | ✓ | = | | | | |
| | 14 | ✓ | ✓ | - | | | | |
| | 15 | ✓ | ✓ | - | | | | |
| | 16 | ✓ | ✓ | - | | | | |
| | 17 | ✓ | - | - | | | | |
| | 18 | ✓ | - | - | | | | |
| | 19 | ✓ | - | - | | | | |
| | 20 | ✓ | - | - | | | | |
| | 21 | ✓ | - | - | | | | |

| *Issue Classification* | Application/Control No.<br><br>11224888 | Applicant(s)/Patent Under Reexamination<br><br>LAYCOCK ET AL. |
|---|---|---|
| | Examiner<br><br>RYAN C ROBINSON | Art Unit<br><br>2614 |

| ORIGINAL | | INTERNATIONAL CLASSIFICATION | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CLASS | SUBCLASS | CLAIMED | | | | | | NON-CLAIMED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 381 | 301 | H | 0 | 4 | R | 5 / 02 (2006.01.01) | | | | | | | |

### CROSS REFERENCE(S)

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | |
|---|---|---|---|---|---|
| 381 | 333 | 388 | 370 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| ☒ | Claims renumbered in the same order as presented by applicant | | ☐ CPA | ☐ T.D. | | ☐ R.1.47 |
|---|---|---|---|---|---|---|

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | | 17 | | | | | | | | | | | | |
| 2 | 2 | | 18 | | | | | | | | | | | | |
| 3 | 3 | | 19 | | | | | | | | | | | | |
| 4 | 4 | | 20 | | | | | | | | | | | | |
| 5 | 5 | | 21 | | | | | | | | | | | | |
| 6 | 6 | | | | | | | | | | | | | | |
| 7 | 7 | | | | | | | | | | | | | | |
| 8 | 8 | | | | | | | | | | | | | | |
| 9 | 9 | | | | | | | | | | | | | | |
| 10 | 10 | | | | | | | | | | | | | | |
| | 11 | | | | | | | | | | | | | | |
| | 12 | | | | | | | | | | | | | | |
| 11 | 13 | | | | | | | | | | | | | | |
| | 14 | | | | | | | | | | | | | | |
| | 15 | | | | | | | | | | | | | | |
| | 16 | | | | | | | | | | | | | | |

| /RYAN C ROBINSON/<br>Examiner.Art Unit 2614<br><br>(Assistant Examiner) | 12/17/2008<br><br>(Date) | Total Claims Allowed:<br><br>11 | |
|---|---|---|---|
| /Suhan Ni/<br><br>(Primary Examiner) | 12/17/2008<br><br>(Date) | O.G. Print Claim(s)<br><br>1 | O.G. Print Figure<br><br>1 |



US007519192B1

(12) **United States Patent**
Laycock et al.

(10) Patent No.: **US 7,519,192 B1**
(45) Date of Patent: **Apr. 14, 2009**

(54) **WIRED CLOTHING AND EARPHONES**

(76) Inventors: **Logan Laycock**, 146 S. Pfeifferhorn Dr.,
Alpine, UT (US) 84004; **Landon
Laycock**, 146 S. Pfeifferhorn Dr.,
Alpine, UT (US) 84004; **Larry R.
Laycock**, 146 S. Pfeifferhorn Dr.,
Alpine, UT (US) 84004

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 445 days.

(21) Appl. No.: **11/224,888**

(22) Filed: **Sep. 13, 2005**

(51) **Int. Cl.**
*H04R 5/02* (2006.01)

(52) **U.S. Cl.** .................. 381/301; 381/333; 381/388;
381/370

(58) **Field of Classification Search** .................. 2/209,
2/906, 209.13, 905; 381/300–301, 309, 333,
381/370, 376, 380, 382, 385, 388, 364
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,757,929 | A | * | 5/1998 | Wang et al. ................. 381/300 |
| 6,567,651 | B2 | * | 5/2003 | Whitley ..................... 455/90.1 |
| 6,707,922 | B2 | * | 3/2004 | Tilbury et al. ............... 381/333 |
| 6,792,124 | B2 | * | 9/2004 | Tilbury et al. ............... 381/333 |
| 7,035,422 | B1 | * | 4/2006 | Wiener ....................... 381/388 |

| | | | | |
|---|---|---|---|---|
| 7,251,332 | B2 | * | 7/2007 | Eves ........................... 381/11 |
| 2001/0050991 | A1 | * | 12/2001 | Eves ........................... 381/11 |
| 2006/0013429 | A1 | * | 1/2006 | Ohta ......................... 381/370 |
| 2006/0132382 | A1 | * | 6/2006 | Jannard ....................... 345/8 |
| 2006/0182297 | A1 | * | 8/2006 | Cyr et al. .................. 381/333 |
| 2006/0185062 | A1 | * | 8/2006 | Peng et al. ................. 2/209.13 |
| 2006/0280322 | A1 | * | 12/2006 | Abe .......................... 381/300 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO | WO 2005022872 | A1 * | 2/2005 |
| WO | WO 2005045110 | A1 * | 5/2005 |

* cited by examiner

*Primary Examiner*—Suhan Ni
*Assistant Examiner*—Ryan C Robinson

(57) **ABSTRACT**

The present invention provides for various embodiments of a
combined garment and earphones. The combined garment
and earphones includes a garment having a series of elongate
internal passageways. Partially enclosed within the series of
elongate internal passageways is a conductive wire assembly.
The conductive wire assembly includes a first length of wire
leading to at least one earpiece having a transducer for emit-
ting audio into a user's ear, and a second length of wire
leading to a connector configured to be communicatively
coupled to an audio device. Finally, a retractable dial is
coupled to the garment, wherein a portion of the conductive
wire assembly travels through the retractable dial. The
retractable dial is configured to selectively retract at least a
portion of the first end of the conductive wire assembly.

**11 Claims, 5 Drawing Sheets**



**U.S. Patent**     Apr. 14, 2009     Sheet 1 of 5     **US 7,519,192 B1**



# FIGURE 1



FIGURE 2

**U.S. Patent**     Apr. 14, 2009     Sheet 3 of 5     US 7,519,192 B1



300

302

318

310

308

312

320

322

FIGURE 3A



FIGURE 3B



FIGURE 4

US 7,519,192 B1

**1**

# WIRED CLOTHING AND EARPHONES

## CROSS-REFERENCE TO RELATED APPLICATIONS

Not applicable.

## BACKGROUND OF THE INVENTION

1. The Field of the Invention

The present invention relates to portable audio systems. More particularly, embodiments of the invention relate to combined wired clothing and earphones.

2. The Relevant Technology

Recently, the use of portable audio devices has increased dramatically. Examples of audio devices include, but are not limited to, portable radios, mp3 players, iPods, Discmans, Walkmans, cellular phones, personal digital assistants (PDAs), mini disks, portable internet devices, two-way radios, and other similar portable listening devices.

With today's high-paced and active lifestyles, more and more people are turning to hands-free audio devices and earphones. This is particularly true where safety is a concern, such as when people are driving, working, or performing other tasks that require the use of both hands. Likewise, people often turn to hands-free audio devices and earphones when they are exercising. For example, jogging, skiing, snowboarding, cycling, skateboarding, and performing yard work and housework are all common activities where participants are often seen wearing earphones.

Generally, one desiring mobility while listening to an audio device is required to place a portable audio device in his or her pocket. Typically, the user connects a set of earphones having a wire that stretches from the audio device to the miniature speakers (i.e., earbuds) near the listener's ears. Normally, the wire connecting the audio device to the earbuds is exposed, and can easily be caught or snagged during the listener's movements.

To resolve this, many listeners have run the wire inside of the their clothing. Other manufacturers have designed clothing wherein the wiring is integrated into the clothing of the listener, where headphones or earbuds exit the user's clothes so that the user can place the headphones near his or her ears. However, in such designs the user often has little control over the length of the wiring between the user's clothing and the actual headphones or earbuds.

## BRIEF SUMMARY OF THE INVENTION

The present invention relates to clothing having an integrated audio system. Embodiments of the invention disclose various techniques for facilitating the use of portable audio devices and earphones by enclosing the wiring for the earphones within the clothing of the user, and by providing retractable dials for controlling the length of the wiring leading to the earpieces of the earphones. In one exemplary embodiment, a hooded garment integrates a set of earphones by threading a portion of the earphone wiring through an elongate internal passageway within the hood of the garment. By threading the wiring of the earphones through the hood of the garment, a user is able to utilize the earphones as a drawstring, in addition to their traditional listening purpose.

The present invention also relates to a garment having an integrated set of earphones in combination with a retractable dial for controlling the length of the earphones. The wiring for the earphones is at least partially located within a series of elongate internal passageways located within the garment.

**2**

The wires leading to the earpieces travel through the retractable dials, and the retractable dials are able to selectively retract the wires so as to control the length of the earpieces. The present invention provides for the use of a single retractable dial for controlling the length of either one or two earpieces. In addition, the present invention relates to the use of multiple retractable dials for controlling the length of up to two earpieces, and for controlling the length of the wire leading to a connector that is configured for connecting to an audio device.

In one exemplary embodiment, internal chambers are also located within the garment for holding audio devices. The elongate internal passageways may connect to the internal chambers for providing an integral connection between the earphones and the audio devices.

Embodiments of the present invention relate to all types of clothing. In one exemplary embodiment, a hat is equipped with a series of elongate internal passageways having the wiring of earphones traveling therethrough. The hat is also equipped with at least one retractable dial for controlling the length of the wiring leading to the earpieces.

These and other objects and features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

## BRIEF DESCRIPTION OF THE DRAWINGS

To further clarify the above and other advantages and features of the present invention, a more particular description of the invention will be rendered by reference to specific embodiments thereof which are illustrated in the appended drawings. It is appreciated that these drawings depict only typical embodiments of the invention and are therefore not to be considered limiting of its scope. The invention will be described and explained with additional specificity and detail through the use of the accompanying drawings in which:

FIG. 1 illustrates a hooded garment having earphones as a drawstring.

FIG. 2 illustrates the hooded garment of FIG. 1, also having two retractable dials for controlling the length of the earphone wires.

FIG. 3A illustrates a perspective view of a hat having integrated wiring and retractable dials.

FIG. 3B illustrates a rear view of the hat of FIG. 3A.

FIG. 4 illustrates an alternative embodiment of a hat having integrated wiring and a retractable dial.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 illustrates a combined garment and earphones **100**, in accordance with the present invention. Garment and earphones **100** includes a garment **102** having a hood **104** that is sized to be worn over a users head. In one embodiment, hood **104** is sized such that a user can either wear the hood on his or her head, or may choose to remove the hood from his or her head, allowing the hood to hang down the user's upper back Although garment **102** is portrayed as a hooded sweatshirt, garment **102** may include any number of articles of clothing having a hood, including, but not limited to, sweatshirts, having a hood, including, but not limited to, sweatshirts, jackets, sweaters, coats, trench coats, blouses, t-shirts, and the like.

Hood **104** is configured to have an elongate internal passageway **106** along the border **108** of the hood. At the two opposing ends of passageway **106** are located a left aperture **110** and a right aperture **112** (i.e., right and left from the

US 7,519,192 B1

**3**

perspective of the user). Left and right apertures 110 and 112 are configured to allow a drawstring to be threaded through passageway 106, having the two ends of the drawstring exposed. Passageway 106 may be configured in a similar fashion as a drawstring passageway would normally be configured on a conventional hooded sweatshirt, coat, or jacket.

Combined garment and earphones 100 of FIG. 1 also includes a set of earphones 114. Earphones 114 include a conductive wire assembly 116 that passes through passageway 106. Conductive wire assembly 116 includes a left length of wire 118 and a right length of wire 120. Left length of wire 118 exits passageway 106 through left aperture 110, and right length of wire 120 exits passageway 106 through right aperture 112. Conductive wire assembly 116 and passageway 106 are configured to allow at least a portion of conductive wires assembly 116 to slide back and forth within passageway 106. This slideable configuration allows a user to pull at the conductive wire assembly to tighten hood 104 around the user's face, similar to a conventional drawstring.

Earphones 114 also include a left earpiece 122 and a right earpiece 124 configured to be worn in close proximity to the left and right ears of the user. Earpieces 122 and 124 include traditional transducers that receive an electrical signal from an audio device and use speakers to convert the signal into audible sound waves.

In one embodiment, as show in FIG. 1, left and right earpieces 122 and 124 are conventional earbuds that may be worn within the cavity of a user's ears, directly outside of the ear canal. Several other types of earpieces may be employed, including, but not limited to, circumaural, supra-aural, canal-phones, and the like. Some types of earpieces may require an apparatus to secure the earpieces to the ear. In such a case, a headband or neckband may be required. However, headbands and neckbands may be awkward and bulky. In another embodiment, the earpieces also include a clip for securing the earpiece directly to the ear. Various types of earpieces and securing devices may be employed that are not specifically disclosed herein, but nevertheless fall within the scope of the present invention.

Earphones 114 further include an audio connection (not shown) for coupling earphones 114 to an audio device (not shown), such as an mp3 player or Discman®. Various types of physical connections may be employed, including, but not limited to, mono or stereo jack plugs, RCA jacks, tip ring sleeve connectors, and the like. Furthermore, various types of wireless interfaces may be employed to establish the connection between the audio device and earphones 114, including, but not limited to, all types of RF transmitters and receivers, Bluetooth® transmitters and receivers, and the like.

In one embodiment, left and right earpieces 122 and 124 transmit the same signal, i.e., a mono signal. In another embodiment, left length of wire 118 and right length of wire 120 of earphones 114 are divided into left and right audio channels, thereby enabling stereo sound to be transmitted through left and right earpieces 122 and 124.

Garment 102 may further include a second elongate internal passageway 126. Passageway 126 may be used to house the portion of the conductive wire assembly leading to the connector, described above. Therefore, in the embodiment illustrated in FIG. 1, left length of wire 118 travels through the left portion of passageway 106, right length of wire 120 travels through the right portion of passageway 106, and the right and left lengths are joined at the top center portion 128 of passageway 106. At top center portion 128 of passageway 106, the portion of the conductive wire assembly leading to the connector is threaded through passageway 126, which travels around the top and down the back of hood 104.

**4**

In one embodiment, passageway 126 leads to at least one internal chamber 130 or 132 located on garment 102. Internal chambers 130 and 132 are sized and configured for housing an audio device, such as an mp3 player or a Discman®. Therefore, in one embodiment, internal chambers 130 and 132 are integrally connected to passageway 126 for providing an internal link between the connector of earphones 114 and the audio device housed within internal chamber 130 or 132. In the embodiment shown in FIG. 1, internal chambers 130 and 132 are located on the lower front portion of garment 102. Internal chamber 130 and 132 are internally linked to passageway 126 by internal passageways 134 and 136, which wrap around the sides of garment 102.

Although the embodiment of FIG. 1 portrays passageway 126 traveling down the back of garment 102, and splitting into passageways 134 and 136 which wrap around to the front of garment 102, where internal chambers 130 and 132 are located, various other configurations may be employed. For example, passageway 126 may lead to an internal chamber located in the sleeve of the user, the shoulder, the hood, the back, or the front of garment 102.

In another embodiment, passageway 126 need not be linked to an internal chamber housing an audio device. Instead, passageway 126 may lead to a wireless receiver located anywhere on garment 102 for receiving an RF signal to be converted to an audio signal and emitted through earpieces 122 and 124.

In another embodiment, passageway 126 is not necessary at all. In such an embodiment, a small audio device may be located directly in or near hood 104, providing audio to headphones 114. Alternatively, a wireless receiver may be located directly in or near hood 104.

The internal chambers may be accessible to the user either from the outside or the inside of garment 102. For example, internal chambers 130 and 132 may be located within the internal lining of a coat or jacket, and may be accessible to the user by opening a zipper or Velcro®. Therefore, the user can easily access the internal chambers and switch out various audio devices. Garment 102 may include only one internal chamber, or may include many internal chambers. Where garment 102 includes many internal chambers, all of the internal chambers may be linked with internal passageways, each chamber having a separate wire leading to a connector to allow multiple audio devices to be connected to headphones 114.

In the embodiment illustrated in FIG. 1 and described above, neither the audio device nor earphones 114 need be exposed outside of the user's garment 102, other than the wires leading to earpieces 122 and 124. This provides convenience to the user, who no longer needs to worry about snagging his or her earphone wires while engaging in normal activities. Furthermore, wire assembly 116 acts as a drawstring for hood 104, thereby serving both a functional and an aesthetic purpose.

In one embodiment, passageways 106, 126, 134, and 136 are configured to allow a user to selectively open the passageways and remove earphones 114 and wiring assembly 116. A user may desire to remove wiring assembly 116 and earphones 114 when the earphones are not in use, or when garment 102 is to be washed. One manner of allowing passageways 106, 126, 134, and 136 to be selectively opened is to line each of the passageways with Velcro® or zippers, which can be easily opened and closed. It may be desirable to configure the passageways to be opened from the inside of garment 102, so that the seams for the passageways are less visible from the outside.

**5**

In another embodiment, garment 102 includes one or more pockets 138 and 140 near hood 104, which are sized to hold earpieces 122 and 124 while not in use. Alternatively, a single pocket may be placed in garment 102 near the neck for holding both earpieces 122 and 124.

FIG. 2 illustrates another embodiment of a combined garment and earphones 200, in accordance with the present invention. Combined garment and earphones 200 of FIG. 2 is similar to that of FIG. 1, but further includes a left retractable dial 202 and a right retractable dial 204. Retractable dials 202 and 204 are configured and positioned such that portions of the left and right lengths of wire 206 and 208 travel through the retractable dials. More specifically, the portions of left and right lengths of wire 206 and 208 between the left and right apertures 210 and 212 and the left and right earpieces 214 and 216 travel through retractable dials 202 and 204.

Left and right retractable dials 202 and 204 are configured to selectively retract at least a portion of left and right lengths of wire 206 and 208, respectively. In other words, a user can operate retractable dials 202 and 204 to draw part of left and right wires 206 and 208 into the dials, thus decreasing the length of the exposed wires, or the user can extend the length of the wires by pulling the wires out of the retractable dials. Retractable dials 202 and 204 can be controlled by buttons, switches, knobs, or any other control mechanism. One technique for retracting the wires is to include a spring-load mechanism within the retractable dials so that the dials are under constant tension. By pressing a button or other control mechanism, the wire automatically retracts into retractable dial 202 or 204. The user may simply pull at the wire to slide the wire out of retractable dial 202 or 204 in order to lengthen the wire.

In one embodiment, retractable dials 202 and 204 are configured to selectively retract left and right lengths of wire 206 and 208 from only one direction. For example, retractable dials 202 and 204 may be configured to retract lengths of wire 206 and 208 only from the direction of left and right apertures 210 and 212. In such an embodiment, the user would be able to tighten or loosen hood 218 around his or her face by retracting wire lengths 206 and 208 from the direction of apertures 210 and 212. Alternatively, retractable dials 202 and 204 may be configured to retract lengths of wire 206 and 208 only from the direction of left and right earpieces 214 and 216. In such an embodiment, the user would be able to eliminate slack in the wire between retractable dials 202 and 204 and earpieces 214 and 216.

In another embodiment, retractable dials 202 and 204 are configured to selectively retract left and right lengths of wire 206 and 208 from two directions. In such an embodiment, the user could retract or extend the wire in both of the directions described above, thereby completely eliminating excess slack in the wire both within hood 218 and leading to earpieces 214 and 216.

Although FIG. 2 is provided as an example of a garment in combination with integrated earphones and retractable dials, the present invention's use of retractable dials is not limited to hooded garments. In general, the present invention includes all garments having integrated earphones in combination with retractable dials used to control the length of the earphones. Hence, one embodiment of the present invention provides for a combined garment and earphones, including a garment having a series of elongate internal passageways. The elongate internal passageways may be similar in form to those described in FIGS. 1 and 2. The combined garment and earphones also includes a conductive wire assembly that is at least partially enclosed within the elongate internal passageways. The conductive wire assembly includes at least first

**6**

length of wire exiting the elongate internal passageway and leading to at least one earpiece having a transducer for emitting audio into a user's ear. The conductive wire also includes a second length of wire leading to a connector configured to be communicatively coupled to an audio device. The combined garment and earphones also includes a first retractable dial that is coupled to the garment. At least a portion of the first end of the conductive wire assembly travels through the first retractable dial, and may be selectively retracted into the first retractable dial.

As mentioned previously, while FIGS. 1 and 2 illustrate a hooded garment, various other types of garments may also benefit from the use of the integrated earphones and retractable dials described in the previous paragraph. By way of example and not limitation, the garment of the present example may include any number of articles of clothing, including hats, shirts, pants, coats, jackets, and the like, wherein the article of clothing includes a series of elongate internal passageways, a wire assembly having at least one earpiece, and at least one retractable dial for controlling the length of certain portions of the wire assembly, as described herein.

In one embodiment of the present example, a single retractable dial is employed to control the length of a single length of wire (called "the first length of wire") leading to a single earpiece. In another embodiment, a third length of wire leading to a second earpiece is added to the conductive wire assembly. The same retractable dial is configured to selectively retract both the first length of wire leading to the first earpiece and the third length of wire leading to the second earpiece. In this embodiment, the second length of wire leading to the connector enters the retractable dial. This second length of wire splits into the first and third lengths of wire leading to the two earpieces, and the first and third lengths of wire leave the retractable dial. The retractable dial has the ability to control both of the lengths of wire leading to the two earpieces. Because only one retractable dial is used to control the lengths of the two wires leading to the earpieces, it may be beneficial to attach the retractable dial to the garment in a central location on the garment, such as near the front-center or rear-center of the neck of a shirt, jacket, coat, or hat. Although the present embodiment can be implemented in any garment, one example illustrating the present embodiment as implemented in a hat is shown in FIG. 4, which will be described in detail below.

In yet another embodiment of the present embodiment, the combined garment and earphones also includes a second retractable dial coupled to the garment. This embodiment is similar to that of the previous paragraph, except that in this embodiment, the two lengths of wire leading to the two earpieces travel through separate retractable dials. Each retractable dial independently controls the length of wire leading to the two earpieces. Because two retractable dials are used to control two wires, it may be beneficial to attach each retractable dial to the garment at locations close to a user's ears, such as near the shoulders of a shirt, jacket, or coat, or on the sides of a hat above the user's ears.

As previously described, the communicative coupling used to transmit an audio signal from the audio device to the earphones may include any number of connectors, including but not limited to, a physical electronic connection, and a wireless connection.

Similar to the hooded garment of FIG. 1, the garment of the present example may also include at least one internal chamber for housing an audio device. Similarly, the garment of the present example may also include at least one pocket for housing one or more retractable dials and/or earpieces.

US 7,519,192 B1

**7**

As mentioned previously, the present invention includes the combination of a garment, earphones, and retractable dials on all types of articles of clothing. FIGS. 3A and 3B illustrate one particular example of a combined hat and earphones 300. FIG. 3A is a perspective view of combined hat and earphones 300, and FIG. 3B is a rear view of combined hat and earphones 300. Combined hat and earphones 300 includes a hat 302 sized to be worn on the head of a user. The hat includes at least one elongate internal passageway 304 and 306. Although FIGS. 3A and 3B portray a baseball hat, the term "hat" as used herein includes all head coverings, including, but not limited to, baseball caps, snow caps, "beanies", all types of helmets, visors, and the like.

Combined hat and earphones 300 also includes a conductive wire assembly 308 that is at least partially enclosed within internal passageways 304 and 306. Conductive wire assembly 308 includes a first length of wire 310 leading to a first earpiece 312 having a transducer for emitting audio. Conductive wire assembly further includes a second length of wire 314 leading to a connector 316 configured to be communicatively coupled to an audio device (not shown). Although FIG. 3B shows a standard stereo jack plug 316, any type of connector may be used, including all types of electrical connections and wireless connections.

Combined hat and earphones 300 also includes a first retractable dial 318 that is coupled to hat 302 near a first ear of the user. A portion of first length of wire 310 travels through first retractable dial 318, which is configured to selectively retract at least the portion of the first length of wire leading to first earpiece 312. Retractable dial 318 functions in a similar manner as those described in previous examples.

Combined hat and earphones 300 may further include a third length of wire 320 leading to a second earpiece 322, also having a transducer for emitting audio. A second retractable dial 324 may also be coupled to hat 302 near a second ear of the user. A portion of third length of wire 320 travels through second retractable dial 324 in a similar manner as first length of wire 310 and retractable dial 318. Second retractable dial 324 is similarly configured to selectively retract at least the portion of third length of wire 320 leading to second earpiece 322.

Combined hat and earphones 300 may also include third retractable dial 326 coupled to hat 302 near the rear portion of the hat. A portion of second length of wire 314 travels through third retractable dial 326 in a similar manner as the other retractable dials. Third retractable dial 326 is similarly configured to selectively retract at least the portion of second length of wire 314 leading to connection 316.

Although FIGS. 3A and 3B portray retractable dials 318, 324, and 326 as being exposed for purposes of illustrating the present embodiment, the retractable dials may be hidden within internal chambers (not shown) of hat 302. Likewise, pockets may exist on hat 302 for storing earpieces 322 and 312 while not in use.

FIG. 4 illustrates an alternative embodiment for a combined hat and earphones 400. Combined hat and earphones 400 includes a hat 402, also having a elongate internal passageways 404 and 406. A conductive wire assembly 408 is at least partially enclosed within elongate internal passageways 404 and 406. Conductive wire assembly 408 also includes first and second lengths of wire 410 and 412 leading to first and second earpieces 414 and 416, respectively. Each earpiece includes a transducer for emitting audio. Conductive wire assembly 408 also includes a third length of wire 418 leading to a connector 420 configured to be communicatively coupled to an audio device.

**8**

Combined hat and earphones 400 includes a single retractable dial 422 coupled to hat 402. A portion of first and second lengths of wire 410 and 412 travels through retractable dial 422. Retractable dial 422 is configured to selectively retract at least the portion of first and second lengths of wire 410 and 412 leading to first and second earpieces 414 and 416. Therefore, a user is able to extend and retract both earpieces 414 and 416 with only a single retractable dial 422, instead of using two or more independent dials, as is illustrated in FIGS. 3A and 3B. Retractable dial 422 may also be configured to selectively retract at least the portion of third length of wire 418 leading to connector 420.

The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

What is claimed is:

1. A combined garment and earphones, comprising:
   a garment having a hood sized to be selectively worn over a user's head, the hood including an elongate internal passageway along the border of the hood, and having left and right apertures at each end of the passageway;
   earphones, comprising:
   a conductive wire assembly passing through the elongate internal passageway and having left and right lengths of wire exiting through the left and right apertures, respectively, wherein at least a portion of the conductive wire assembly is slideable within the passageway, and acts as a drawstring for the hood;
   a left and a right earpiece configured to be worn in close proximity to the left and right ears of the user, the earpieces being electronically coupled to the left and right lengths of wire, respectively, and including transducers for emitting audio into the ears of the user; and
   a connection between the earphones and an audio device for supplying an audio signal from the audio device to the earphones.

2. The combined garment and earphones as recited in claim 1, wherein the earphones further include left and right audio channels, the left channel being transmitted through the left length of wire, and the right channel being transmitted through the right length of wire.

3. The combined garment and earphones as recited in claim 1, further comprising a second elongate internal passageway for housing the portion of the conductive wire assembly leading to the connector.

4. The combined garment and earphones as recited in claim 1, wherein the elongate internal passageways are configured to be selectively opened to allow removal of the earphones and the conductive wire assembly.

5. The combined garment and earphones as recited in claim 4, further comprising Velcro® strips for selectively sealing the elongate internal passageways.

6. The combined garment and earphones as recited in claim 1, further comprising at least one internal chamber located on the garment for housing the audio device.

7. The combined garment and earphones as recited in claim 6, wherein the at least one internal chamber is integrally connected to a second elongate internal passageway for providing an internal link between the audio device and the conductive connector of the earphones.

US 7,519,192 B1

9

8. The combined garment and earphones as recited in claim 1, further comprising:

a left retractable dial, wherein a portion of the left length of wire between the left aperture and the left earpiece travels through the left retractable dial, and wherein the left retractable dial is configured to selectively retract at least a portion of the left length of wire; and

a right retractable dial, wherein a portion of the right length of wire between the right aperture and the right earpiece travels through the right retractable dial, and wherein the right retractable dial is configured to selectively retract at least a portion of the right length of wire.

10

9. The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the earpieces.

10. The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the left and right apertures.

11. The combined garment and earphones of claim 1, wherein the connection is selected from the group consisting of a physical electronic connection, and a wireless connection.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.     : 7,519,192 B1                       Page 1 of 1
APPLICATION NO. : 11/224888
DATED          : April 14, 2009
INVENTOR(S)    : Laycock et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3
Line 26, change "show" to --shown--

Column 5
Line 67, change "least" to --least a--

Column 7
Line 19, change "assembly" to --assembly 308--
Line 29, change "wire" to --wire 310--
Line 58, change "a elongate internal passageways" to --at least one elongate internal passageway--

Signed and Sealed this

Thirteenth Day of October, 2009

David J. Kappos
Director of the United States Patent and Trademark Office

PATENT APPLICATION SERIAL NO _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

09/15/2005 SSESHE1  00000100 11224888

| | | | |
|---|---|---|---|
| 01 | FC:2011 | 150.00 | OP |
| 02 | FC:2111 | 250.00 | OP |
| 03 | FC:2311 | 100.00 | OP |
| 04 | FC:2202 | 25.00 | OP |
| 05 | FC:2201 | 100.00 | OP |

PTO-1556
(5/87)

U.S Government Printing Office: 2002 — 489-267/69023

Page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 3837**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 RULE | 381 | 4142 | 16059.1 |

**APPLICANTS**
Logan Laycock, Alpine, UT;
Landon Laycock, Alpine, UT;
Larry R. Laycock, Alpine, UT;
NONE R.R.

** CONTINUING DATA *************************** NONE R.R.

** FOREIGN APPLICATIONS *************************** NONE R.R.

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** ** SMALL ENTITY **
09/30/2005

| Foreign Priority claimed | ☐ Yes ☑ No | | ☐ Met after Allowance | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met | ☐ Yes ☑ No | | | | | | |
| Verified and Acknowledged | /RYAN C ROBINSON/ Examiner's Signature | Initials | | UT | 5 | 21 | 4 |

**ADDRESS**
WORKMAN NYDEGGER
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111
UNITED STATES

**TITLE**
Wired clothing and earphones

| FILING FEE RECEIVED 690 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev 05/07)

Page 1 of 1



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P O Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 3837**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | 381 | 2615 | 16059.1 |
| | RULE | | | |

**APPLICANTS**
Logan Laycock, Alpine, UT;
Landon Laycock, Alpine, UT;
Larry R. Laycock, Alpine, UT;

** CONTINUING DATA *************************

** FOREIGN APPLICATIONS *************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** ** SMALL ENTITY **
09/30/2005

| | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| Foreign Priority claimed ☐ Yes ☑ No | ☐ Met after Allowance | UT | 5 | 21 | 4 |
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | | | | | |
| Verified and Acknowledged  /RYAN C ROBINSON/  Examiner's Signature | Initials | | | | |

**ADDRESS**
WORKMAN NYDEGGER
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111
UNITED STATES

**TITLE**
Wired clothing and earphones

| FILING FEE RECEIVED 690 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev 05/07)

Page 1 of 1

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P O Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

## BIB DATA SHEET

**CONFIRMATION NO. 3837**

| SERIAL NUMBER | FILING or 371(c) DATE | CLASS | GROUP ART UNIT | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 **RULE** | 381 | 2614 | 16059.1 |

**APPLICANTS**
Logan Laycock, Alpine, UT;
Landon Laycock, Alpine, UT;
Larry R. Laycock, Alpine, UT;

** CONTINUING DATA ***************************

** FOREIGN APPLICATIONS ***************************

** IF REQUIRED, FOREIGN FILING LICENSE GRANTED ** ** SMALL ENTITY **
09/30/2005

| Foreign Priority claimed ☐ Yes ☑ No | | STATE OR COUNTRY | SHEETS DRAWINGS | TOTAL CLAIMS | INDEPENDENT CLAIMS |
|---|---|---|---|---|---|
| 35 USC 119(a-d) conditions met ☐ Yes ☑ No | ☐ Met after Allowance | | | | |
| Verified and Acknowledged  /RYAN C ROBINSON/  Examiner's Signature | Initials | UT | 5 | 21 | 4 |

**ADDRESS**
Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
UNITED STATES

**TITLE**
Wired clothing and earphones

| FILING FEE RECEIVED 690 | FEES: Authority has been given in Paper No._____ to charge/credit DEPOSIT ACCOUNT No._____ for following: | ☐ All Fees |
|---|---|---|
| | | ☐ 1.16 Fees (Filing) |
| | | ☐ 1.17 Fees (Processing Ext. of time) |
| | | ☐ 1.18 Fees (Issue) |
| | | ☐ Other _____ |
| | | ☐ Credit |

BIB (Rev. 05/07).

Express Mailing Label No. EV 524684073 US

PATENT APPLICATION
Docket No. 16059.1

# UNITED STATES PATENT APPLICATION

of

**Logan Laycock**

**Landon Laycock**

**and**

**Larry R. Laycock**

for

# WIRED CLOTHING AND EARPHONES

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

## ABSTRACT OF THE DISCLOSURE

The present invention provides for various embodiments of a combined garment and earphones.  The combined garment and earphones includes a garment having a series of elongate internal passageways.  Partially enclosed within the series of elongate internal passageways is a conductive wire assembly.  The conductive wire assembly includes a first length of wire leading to at least one earpiece having a transducer for emitting audio into a user's ear, and a second length of wire leading to a connector configured to be communicatively coupled to an audio device.  Finally, a retractable dial is coupled to the garment, wherein a portion of the conductive wire assembly travels through the retractable dial.  The retractable dial is configured to selectively retract at least a portion of the first end of the conductive wire assembly.

AS0000000085V001

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

# WIRED CLOTHING AND EARPHONES

## CROSS-REFERENCE TO RELATED APPLICATIONS

[001]   Not applicable.

## BACKGROUND OF THE INVENTION

1.      The Field of the Invention

[002]   The present invention relates to portable audio systems. More particularly, embodiments of the invention relate to combined wired clothing and earphones.

2.      The Relevant Technology

[003]   Recently, the use of portable audio devices has increased dramatically. Examples of audio devices include, but are not limited to, portable radios, mp3 players, iPods, Discmans, Walkmans, cellular phones, personal digital assistants (PDAs), mini disks, portable internet devices, two-way radios, and other similar portable listening devices.

[004]   With today's high-paced and active lifestyles, more and more people are turning to hands-free audio devices and earphones. This is particularly true where safety is a concern, such as when people are driving, working, or performing other tasks that require the use of both hands. Likewise, people turn to hands-free audio devices and earphones when they are exercising. For example, jogging, skiing, snowboarding, cycling, skateboarding, and performing yard work and housework are all common activities where participants are often seen wearing earphones.

[005]   Generally, one desiring mobility while listening to an audio device is required to place a portable audio device in his or her pocket. Typically, the user

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

connects a set of earphones having a wire that stretches from the audio device to the miniature speakers (i.e., earbuds) near the listener's ears.   Normally, the wire connecting the audio device to the earbuds is exposed, and can easily be caught or snagged during the listener's movements.

[006]      To resolve this, many listeners have run the wire inside of the their clothing. Other manufacturers have designed clothing wherein the wiring is integrated into the clothing of the listener, where headphones or earbuds exit the user's clothes so that the user can place the headphones near his or her ears.   However, in such designs the user often has little control over the length of the wiring between the user's clothing and the actual headphones or earbuds.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

## BRIEF SUMMARY OF THE INVENTION

[007]     The present invention relates to clothing having an integrated audio system. Embodiments of the invention disclose various techniques for facilitating the use of portable audio devices and earphones by enclosing the wiring for the earphones within the clothing of the user, and by providing retractable dials for controlling the length of the wiring leading to the earpieces of the earphones. In one exemplary embodiment, a hooded garment integrates a set of earphones by threading a portion of the earphone wiring through an elongate internal passageway within the hood of the garment. By threading the wiring of the earphones through the hood of the garment, a user is able to utilize the earphones as a drawstring, in addition to their traditional listening purpose.

[008]     The present invention also relates to a garment having an integrated set of earphones in combination with a retractable dial for controlling the length of the earphones. The wiring for the earphones is at least partially located within a series of elongate internal passageways located within the garment. The wires leading to the earpieces travel through the retractable dials, and the retractable dials are able to selectively retract the wires so as to control the length of the earpieces. The present invention provides for the use of a single retractable dial for controlling the length of either one or two earpieces. In addition, the present invention relates to the use of multiple retractable dials for controlling the length of up to two earpieces, and for controlling the length of the wire leading to a connector that is configured for connecting to an audio device.

[009]     In one exemplary embodiment, internal chambers are also located within the garment for holding audio devices. The elongate internal passageways may connect to

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

the internal chambers for providing an integral connection between the earphones and the audio devices.

[010] Embodiments of the present invention relate to all types of clothing. In one exemplary embodiment, a hat is equipped with a series of elongate internal passageways having the wiring of earphones traveling therethrough. The hat is also equipped with at least one retractable dial for controlling the length of the wiring leading to the earpieces.

[011] These and other objects and features of the present invention will become more fully apparent from the following description and appended claims, or may be learned by the practice of the invention as set forth hereinafter.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

## BRIEF DESCRIPTION OF THE DRAWINGS

[012]      To further clarify the above and other advantages and features of the present

invention, a more particular description of the invention will be rendered by reference to

specific embodiments thereof which are illustrated in the appended drawings.   It is

appreciated that these drawings depict only typical embodiments of the invention and

are therefore not to be considered limiting of its scope.  The invention will be described

and explained with additional specificity and detail through the use of the

accompanying drawings in which:

[013]      Figure 1 illustrates a hooded garment having earphones as a drawstring.

[014]      Figure 2 illustrates the hooded garment of Figure 1, also having two

retractable dials for controlling the length of the earphone wires.

[015]      Figure 3A illustrates a perspective view of a hat having integrated wiring

and retractable dials.

[016]      Figure 3B illustrates a rear view of the hat of Figure 3A.

[017]      Figure 4 illustrates an alternative embodiment of a hat having integrated

wiring and a retractable dial.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

[018]     Figure 1 illustrates a combined garment and earphones 100, in accordance

with the present invention. Garment and earphones 100 includes a garment 102 having

a hood 104 that is sized to be worn over a users head. In one embodiment, hood 104 is

sized such that a user can either wear the hood on his or her head, or may choose to

remove the hood from his or her head, allowing the hood to hang down the user's upper

back. Although garment 102 is portrayed as a hooded sweatshirt, garment 102 may

include any number of articles of clothing having a hood, including, but not limited to,

sweatshirts, jackets, sweaters, coats, trench coats, blouses, t-shirts, and the like.

[019]     Hood 104 is configured to have an elongate internal passageway 106 along

the border 108 of the hood. At the two opposing ends of passageway 106 are located a

left aperture 110 and a right aperture 112 (i.e., right and left from the perspective of the

user). Left and right apertures 110 and 112 are configured to allow a drawstring to be

threaded through passageway 106, having the two ends of the drawstring exposed.

Passageway 106 may be configured in a similar fashion as a drawstring passageway

would normally be configured on a conventional hooded sweatshirt, coat, or jacket.

[020]     Combined garment and earphones 100 of Figure 1 also includes a set of

earphones 114. Earphones 114 include a conductive wire assembly 116 that passes

through passageway 106. Conductive wire assembly 116 includes a left length of wire

118 and a right length of wire 120. Left length of wire 118 exits passageway 106

through left aperture 110, and right length of wire 120 exits passageway 106 through

right aperture 112. Conductive wire assembly 116 and passageway 106 are configured

to allow at least a portion of conductive wires assembly 116 to slide back and forth

within passageway 106. This slideable configuration allows a user to pull at the

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

conductive wire assembly to tighten hood 104 around the user's face, similar to a conventional drawstring.

[021]    Earphones 114 also include a left earpiece 122 and a right earpiece 124 configured to be worn in close proximity to the left and right ears of the user. Earpieces 122 and 124 include traditional transducers that receive an electrical signal from an audio device and use speakers to convert the signal into audible sound waves.

[022]    In one embodiment, as show in Figure 1, left and right earpieces 122 and 124 are conventional earbuds that may be worn within the cavity of a user's ears, directly outside of the ear canal.  Several other types of earpieces may be employed, including, but not limited to, circumaural, supra-aural, canalphones, and the like.  Some types of earpieces may require an apparatus to secure the earpieces to the ear.  In such a case, a headband or neckband may be required.  However, headbands and neckbands may be awkward and bulky.  In another embodiment, the earpieces also include a clip for securing the earpiece directly to the ear.  Various types of earpieces and securing devices may be employed that are not specifically disclosed herein, but nevertheless fall within the scope of the present invention.

[023]    Earphones 114 further include an audio connection (not shown) for coupling earphones 114 to an audio device (not shown), such as an mp3 player or Discman®. Various types of physical connections may be employed, including, but not limited to, mono or stereo jack plugs, RCA jacks, tip ring sleeve connectors, and the like. Furthermore, various types of wireless interfaces may be employed to establish the connection between the audio device and earphones 114, including, but not limited to, all types of RF transmitters and receivers, Bluetooth® transmitters and receivers, and the like.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

[024]   In one embodiment, left and right earpieces 122 and 124 transmit the same signal, i.e., a mono signal.  In another embodiment, left length of wire 118 and right length of wire 120 of earphones 114 are divided into left and right audio channels, thereby enabling stereo sound to be transmitted through left and right earpieces 122 and 124.

[025]   Garment 102 may further include a second elongate internal passageway 126.  Passageway 126 may be used to house the portion of the conductive wire assembly leading to the connector, described above.  Therefore, in the embodiment illustrated in Figure 1, left length of wire 118 travels through the left portion of passageway 106, right length of wire 120 travels through the right portion of passageway 106, and the right and left lengths are joined at the top center portion 128 of passageway 106.  At top center portion 128 of passageway 106, the portion of the conductive wire assembly leading to the connector is threaded through passageway 126, which travels around the top and down the back of hood 104.

[026]   In one embodiment, passageway 126 leads to at least one internal chamber 130 or 132 located on garment 102.  Internal chambers 130 and 132 are sized and configured for housing an audio device, such as an mp3 player or a Discman®.  Therefore, in one embodiment, internal chambers 130 and 132 are integrally connected to passageway 126 for providing an internal link between the connector of earphones 114 and the audio device housed within internal chamber 130 or 132.  In the embodiment shown in Figure 1, internal chambers 130 and 132 are located on the lower front portion of garment 102.  Internal chamber 130 and 132 are internally linked to passageway 126 by internal passageways 134 and 136, which wrap around the sides of garment 102.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

[027]     Although the embodiment of Figure 1 portrays passageway 126 traveling down the back of garment 102, and splitting into passageways 134 and 136 which wrap around to the front of garment 102, where internal chambers 130 and 132 are located, various other configurations may be employed.  For example, passageway 126 may lead to an internal chamber located in the sleeve of the user, the shoulder, the hood, the back, or the front of garment 102.

[028]     In another embodiment, passageway 126 need not be linked to an internal chamber housing an audio device.  Instead, passageway 126 may lead to a wireless receiver located anywhere on garment 102 for receiving an RF signal to be converted to an audio signal and emitted through earpieces 122 and 124.

[029]     In another embodiment, passageway 126 is not necessary at all.  In such an embodiment, a small audio device may be located directly in or near hood 104, providing audio to headphones 114.  Alternatively, a wireless receiver may be located directly in or near hood 104.

[030]     The internal chambers may be accessible to the user either from the outside or the inside of garment 102.  For example, internal chambers 130 and 132 may be located within the internal lining of a coat or jacket, and may be accessible to the user by opening a zipper or Velcro®.  Therefore, the user can easily access the internal chambers and switch out various audio devices.  Garment 102 may include only one internal chamber, or may include many internal chambers.  Where garment 102 includes many internal chambers, all of the internal chambers may be linked with internal passageways, each chamber having a separate wire leading to a connector to allow multiple audio devices to be connected to headphones 114.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

[031]    In the embodiment illustrated in Figure 1 and described above, neither the audio device nor earphones 114 need be exposed outside of the user's garment 102, other than the wires leading to earpieces 122 and 124. This provides convenience to the user, who no longer needs to worry about snagging his or her earphone wires while engaging in normal activities. Furthermore, wire assembly 116 acts as a drawstring for hood 104, thereby serving both a functional and an aesthetic purpose.

[032]    In one embodiment, passageways 106, 126, 134, and 136 are configured to allow a user to selectively open the passageways and remove earphones 114 and wiring assembly 116. A user may desire to remove wiring assembly 116 and earphones 114 when the earphones are not in use, or when garment 102 is to be washed. One manner of allowing passageways 106, 126, 134, and 136 to be selectively opened is to line each of the passageways with Velcro® or zippers, which can be easily opened and closed. It may be desirable to configure the passageways to be opened from the inside of garment 102, so that the seams for the passageways are less visible from the outside.

[033]    In another embodiment, garment 102 includes one or more pockets 138 and 140 near hood 104, which are sized to hold earpieces 122 and 124 while not in use. Alternatively, a single pocket may be placed in garment 102 near the neck for holding both earpieces 122 and 124.

[034]    Figure 2 illustrates another embodiment of a combined garment and earphones 200, in accordance with the present invention. Combined garment and earphones 200 of Figure 2 is similar to that of Figure 1, but further includes a left retractable dial 202 and a right retractable dial 204. Retractable dials 202 and 204 are configured and positioned such that portions of the left and right lengths of wire 206 and 208 travel through the retractable dials. More specifically, the portions of left and

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

right lengths of wire 206 and 208 between the left and right apertures 210 and 212 and the left and right earpieces 214 and 216 travel through retractable dials 202 and 204.

[035]    Left and right retractable dials 202 and 204 are configured to selectively retract at least a portion of left and right lengths of wire 206 and 208, respectively. In other words, a user can operate retractable dials 202 and 204 to draw part of left and right wires 206 and 208 into the dials, thus decreasing the length of the exposed wires, or the user can extend the length of the wires by pulling the wires out of the retractable dials. Retractable dials 202 and 204 can be controlled by buttons, switches, knobs, or any other control mechanism. One technique for retracting the wires is to include a spring-load mechanism within the retractable dials so that the dials are under constant tension. By pressing a button or other control mechanism, the wire automatically retracts into retractable dial 202 or 204. The user may simply pull at the wire to slide the wire out of retractable dial 202 or 204 in order to lengthen the wire.

[036]    In one embodiment, retractable dials 202 and 204 are configured to selectively retract left and right lengths of wire 206 and 208 from only one direction. For example, retractable dials 202 and 204 may be configured to retract lengths of wire 206 and 208 only from the direction of left and right apertures 210 and 212. In such an embodiment, the user would be able to tighten or loosen hood 218 around his or her face by retracting wire lengths 206 and 208 from the direction of apertures 210 and 212. Alternatively, retractable dials 202 and 204 may be configured to retract lengths of wire 206 and 208 only from the direction of left and right earpieces 214 and 216. In such an embodiment, the user would be able to eliminate slack in the wire between retractable dials 202 and 204 and earpieces 214 and 216.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

[037]     In another embodiment, retractable dials 202 and 204 are configured to selectively retract left and right lengths of wire 206 and 208 from two directions. In such an embodiment, the user could retract or extend the wire in both of the directions described above, thereby completely eliminating excess slack in the wire both within hood 218 and leading to earpieces 214 and 216.

[038]     Although Figure 2 is provided as an example of a garment in combination with integrated earphones and retractable dials, the present invention's use of retractable dials is not limited to hooded garments. In general, the present invention includes all garments having integrated earphones in combination with retractable dials used to control the length of the earphones. Hence, one embodiment of the present invention provides for a combined garment and earphones, including a garment having a series of elongate internal passageways. The elongate internal passageways may be similar in form to those described in Figures 1 and 2. The combined garment and earphones also includes a conductive wire assembly that is at least partially enclosed within the elongate internal passageways. The conductive wire assembly includes at least first length of wire exiting the elongate internal passageway and leading to at least one earpiece having a transducer for emitting audio into a user's ear. The conductive wire also includes a second length of wire leading to a connector configured to be communicatively coupled to an audio device. The combined garment and earphones also includes a first retractable dial that is coupled to the garment. At least a portion of the first end of the conductive wire assembly travels through the first retractable dial, and may be selectively retracted into the first retractable dial.

[039]     As mentioned previously, while Figures 1 and 2 illustrate a hooded garment, various other types of garments may also benefit from the use of the integrated

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

earphones and retractable dials described in the previous paragraph. By way of example and not limitation, the garment of the present example may include any number of articles of clothing, including hats, shirts, pants, coats, jackets, and the like, wherein the article of clothing includes a series of elongate internal passageways, a wire assembly having at least one earpiece, and at least one retractable dial for controlling the length of certain portions of the wire assembly, as described herein.

[040]     In one embodiment of the present example, a single retractable dial is employed to control the length of a single length of wire (called "the first length of wire") leading to a single earpiece. In another embodiment, a third length of wire leading to a second earpiece is added to the conductive wire assembly. The same retractable dial is configured to selectively retract both the first length of wire leading to the first earpiece and the third length of wire leading to the second earpiece. In this embodiment, the second length of wire leading to the connector enters the retractable dial. This second length of wire splits into the first and third lengths of wire leading to the two earpieces, and the first and third lengths of wire leave the retractable dial. The retractable dial has the ability to control both of the lengths of wire leading to the two earpieces. Because only one retractable dial is used to control the lengths of the two wires leading to the earpieces, it may be beneficial to attach the retractable dial to the garment in a central location on the garment, such as near the front-center or rear-center of the neck of a shirt, jacket, coat, or hat. Although the present embodiment can be implemented in any garment, one example illustrating the present embodiment as implemented in a hat is shown in Figure 4, which will be described in detail below.

[041]     In yet another embodiment of the present embodiment, the combined garment and earphones also includes a second retractable dial coupled to the garment.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

This embodiment is similar to that of the previous paragraph, except that in this embodiment, the two lengths of wire leading to the two earpieces travel through separate retractable dials. Each retractable dial independently controls the length of wire leading to the two earpieces. Because two retractable dials are used to control two wires, it may be beneficial to attach each retractable dial to the garment at locations close to a user's ears, such as near the shoulders of a shirt, jacket, or coat, or on the sides of a hat above the user's ears.

[042]    As previously described, the communicative coupling used to transmit an audio signal from the audio device to the earphones may include any number of connectors, including but not limited to, a physical electronic connection, and a wireless connection.

[043]    Similar to the hooded garment of Figure 1, the garment of the present example may also include at least one internal chamber for housing an audio device. Similarly, the garment of the present example may also include at least one pocket for housing one or more retractable dials and/or earpieces.

[044]    As mentioned previously, the present invention includes the combination of a garment, earphones, and retractable dials on all types of articles of clothing. Figures 3A and 3B illustrate one particular example of a combined hat and earphones 300. Figure 3A is a perspective view of combined hat and earphones 300, and Figure 3B is a rear view of combined hat and earphones 300. Combined hat and earphones 300 includes a hat 302 sized to be worn on the head of a user. The hat includes at least one elongate internal passageway 304 and 306. Although Figures 3A and 3B portray a baseball hat, the term "hat" as used herein includes all head coverings, including, but

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

not limited to, baseball caps, snow caps, "beanies", all types of helmets, visors, and the like.

[045]     Combined hat and earphones 300 also includes a conductive wire assembly 308 that is at least partially enclosed within internal passageways 304 and 306. Conductive wire assembly 308 includes a first length of wire 310 leading to a first earpiece 312 having a transducer for emitting audio.  Conductive wire assembly further includes a second length of wire 314 leading to a connector 316 configured to be communicatively coupled to an audio device (not shown).  Although Figure 3B shows a standard stereo jack plug 316, any type of connector may be used, including all types of electrical connections and wireless connections.

[046]     Combined hat and earphones 300 also includes a first retractable dial 318 that is coupled to hat 302 near a first ear of the user.  A portion of first length of wire 310 travels through first retractable dial 318, which is configured to selectively retract at least the portion of the first length of wire leading to first earpiece 312.  Retractable dial 318 functions in a similar manner as those described in previous examples.

[047]     Combined hat and earphones 300 may further include a third length of wire 320 leading to a second earpiece 322, also having a transducer for emitting audio.  A second retractable dial 324 may also be coupled to hat 302 near a second ear of the user.  A portion of third length of wire 320 travels through second retractable dial 324 in a similar manner as first length of wire 310 and retractable dial 318.  Second retractable dial 324 is similarly configured to selectively retract at least the portion of third length of wire 320 leading to second earpiece 322.

[048]     Combined hat and earphones 300 may also include third retractable dial 326 coupled to hat 302 near the rear portion of the hat.  A portion of second length of wire

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

314 travels through third retractable dial 326 in a similar manner as the other retractable dials. Third retractable dial 326 is similarly configured to selectively retract at least the portion of second length of wire 314 leading to connection 316.

[049]    Although Figures 3A and 3B portray retractable dials 318, 324, and 326 as being exposed for purposes of illustrating the present embodiment, the retractable dials may be hidden within internal chambers (not shown) of hat 302. Likewise, pockets may exist on hat 302 for storing earpieces 322 and 312 while not in use.

[050]    Figure 4 illustrates an alternative embodiment for a combined hat and earphones 400. Combined hat and earphones 400 includes a hat 402, also having a elongate internal passageways 404 and 406. A conductive wire assembly 408 is at least partially enclosed within elongate internal passageways 404 and 406. Conductive wire assembly 408 also includes first and second lengths of wire 410 and 412 leading to first and second earpieces 414 and 416, respectively. Each earpiece includes a transducer for emitting audio. Conductive wire assembly 408 also includes a third length of wire 418 leading to a connector 420 configured to be communicatively coupled to an audio device.

[051]    Combined hat and earphones 400 includes a single retractable dial 422 coupled to hat 402. A portion of first and second lengths of wire 410 and 412 travels through retractable dial 422. Retractable dial 422 is configured to selectively retract at least the portion of first and second lengths of wire 410 and 412 leading to first and second earpieces 414 and 416. Therefore, a user is able to extend and retract both earpieces 414 and 416 with only a single retractable dial 422, instead of using two or more independent dials, as is illustrated in Figures 3A and 3B. Retractable dial 422

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

may also be configured to selectively retract at least the portion of third length of wire 418 leading to connector 420.

[052]    The present invention may be embodied in other specific forms without departing from its spirit or essential characteristics. The described embodiments are to be considered in all respects only as illustrative and not restrictive. The scope of the invention is, therefore, indicated by the appended claims rather than by the foregoing description. All changes which come within the meaning and range of equivalency of the claims are to be embraced within their scope.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

## CLAIMS

What is claimed is:

1.      A combined garment and earphones, comprising:

a garment having a hood sized to be selectively worn over a user's head, the hood including an elongate internal passageway along the border of the hood, and having left and right apertures at each end of the passageway;

earphones, comprising:

a conductive wire assembly passing through the elongate internal passageway and having left and right lengths of wire exiting through the left and right apertures, respectively, wherein at least a portion of the conductive wire assembly is slideable within the passageway, and acts as a drawstring for the hood;

a left and a right earpiece configured to be worn in close proximity to the left and right ears of the user, the earpieces being electronically coupled to the left and right lengths of wire, respectively, and including transducers for emitting audio into the ears of the user; and

a connection between the earphones and an audio device for supplying an audio signal from the audio device to the earphones.

2.      The combined garment and earphones as recited in claim 1, wherein the earphones further include left and right audio channels, the left channel being transmitted through the left length of wire, and the right channel being transmitted through the right length of wire.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

3.      The combined garment and earphones as recited in claim 1, further comprising a second elongate internal passageway for housing the portion of the conductive wire assembly leading to the connector.

4.      The combined garment and earphones as recited in claim 1, wherein the elongate internal passageways are configured to be selectively opened to allow removal of the earphones and the conductive wire assembly.

5.      The combined garment and earphones as recited in claim 4, further comprising Velcro® strips for selectively sealing the elongate internal passageways.

6.      The combined garment and earphones as recited in claim 1, further comprising at least one internal chamber located on the garment for housing the audio device.

7.      The combined garment and earphones as recited in claim 6, wherein the at least one internal chamber is integrally connected to a second elongate internal passageway for providing an internal link between the audio device and the conductive connector of the earphones.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

8. The combined garment and earphones as recited in claim 1, further comprising:

a left retractable dial, wherein a portion of the left length of wire between the left aperture and the left earpiece travels through the left retractable dial, and wherein the left retractable dial is configured to selectively retract at least a portion of the left length of wire; and

a right retractable dial, wherein a portion of the right length of wire between the right aperture and the right earpiece travels through the right retractable dial, and wherein the right retractable dial is configured to selectively retract at least a portion of the right length of wire.

9. The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the earpieces.

10. The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the left and right apertures.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No. 16059.1

11.   A combined garment and earphones, comprising:

a garment having at least one elongate internal passageway;

a conductive wire assembly at least partially enclosed within the at least one elongate internal passageway, the conductive wire having a first length of wire leading to at least one earpiece having a transducer for emitting audio into a user's ear, and having a second length of wire leading to a connector configured to be communicatively coupled to an audio device; and

a first retractable dial coupled to the garment, wherein a portion of the conductive wire assembly travels through the first retractable dial, and wherein the first retractable dial is configured to selectively retract at least a portion of the first end of the conductive wire assembly.


12.   The combined garment and earphones of claim 11, wherein the garment is selected from the group consisting of a hat, a shirt, a pair of pants, a coat, and a jacket.


13.   The combined garment and earphones of claim 11, wherein the connector is selected from the group consisting of a physical electronic connection, and a wireless connection.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

14.   The combined garment and earphones of claim 11, further comprising a second retractable dial coupled to the garment, wherein a portion of the conductive wire between the first retractable dial and the second end of the conductive wire travels through the second retractable dial, and wherein the second retractable dial is configured to selectively retract at least the second end of the conductive wire assembly.

15.   The combined garment and earphones of claim 11, further comprising at least one internal chamber located on the garment for housing the audio device.

16.   The combined garment and earphones of claim 11, further comprising at least one internal chamber located on the garment for housing a retractable dial.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

17.    A combined hat and earphones, comprising:

a hat sized to be worn on the head of a user, having at least one elongate internal passageway;

a conductive wire assembly at least partially enclosed within the at least one elongate internal passageway, the conductive wire having a first length of wire leading to a first earpiece having a transducer for emitting audio, and having a second length of wire leading to a connector configured to be communicatively coupled to an audio device; and

a first retractable dial coupled to the hat near a first ear of the user, wherein a portion of the first length of wire travels through the first retractable dial, and wherein the first retractable dial is configured to selectively retract at least the portion of the first length of wire leading to the first earpiece.

18.    The combined hat and earphones of claim 17, further comprising:

a third length of wire leading to a second earpiece having a transducer for emitting audio;

a second retractable dial coupled to the hat near a second ear of the user, wherein a portion of the third length of wire travels through the second retractable dial, and wherein the second retractable dial is configured to selectively retract at least the portion of the third length of wire leading to the second earpiece.

Docket No. 16059.1

19.   The combined hat and earphones of claim 18, further comprising a third

retractable dial coupled to the hat near the rear portion of the hat, wherein a portion the

second length of wire travels through the third retractable dial, and wherein the third

retractable dial is configured to selectively retract at least the portion of the second

length of wire leading to the communicative coupling.

20.   The combined garment and earphones of claim 17, further comprising at

least one internal chamber located on the hat for housing a retractable dial.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

21.    A combined hat and earphones, comprising:

a hat sized to be worn on the head of a user, having at least one elongate internal passageway;

a conductive wire assembly at least partially enclosed within the at least one elongate internal passageway, the conductive wire having first and second lengths of wire leading to first and second earpieces, respectively, the earpieces having transducers for emitting audio, and wherein the conductive wire assembly has a third length of wire leading to a connector configured to be communicatively coupled to an audio device; and

a retractable dial coupled to the hat, wherein a portion of the first and second lengths of wire travels through the retractable dial, and wherein the retractable dial is configured to selectively retract at least the portion of the first and second lengths of wire leading to the first and second earpieces.

WORKMAN NYDEGGER
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
1000 EAGLE GATE TOWER
60 EAST SOUTH TEMPLE
SALT LAKE CITY, UTAH 84111

Docket No.  16059.1

BEST AVAILABLE COPY



FIGURE 1

BEST AVAILABLE COPY



FIGURE 2

BEST AVAILABLE COPY



FIGURE 3A

BEST AVAILABLE COPY



FIGURE 3B

BEST AVAILABLE COPY



FIGURE 4

Express Mailing Label No. EV 524684073 US                    PATENT APPLICATION
                                                             Docket No. 16059.1

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | | ) |
| | | ) |
| | Logan Laycock, Landon Laycock and | ) |
| | Larry R. Laycock | ) |
| | | ) |
| Serial No.: | Not Yet Assigned | ) Art Unit |
| | | ) Not Assigned |
| Filed: | September 13, 2005 | ) |
| | | ) |
| Title: | WIRED CLOTHING AND EARPHONES | ) |

### CERTIFICATE OF EXPRESS MAIL UNDER 37 C.F.R. § 1.10

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

    I hereby certify that the following documents are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this 13th day of September 2005:

- Patent Application Transmittal Letter (2 pages)
- Patent Application (27 pages)
- Informal Drawings (5 sheets)
- Credit Card Payment Form PTO-2038 in the amount of $625.00
- Certificate of Express Mail Label No. EV 524684073 US (1 page)
- Postcard

Respectfully submitted,

Joan Edginton
Assistant to Jonathan W. Richards
**Customer No. 022913**
Telephone No. (801) 533-9800

JWR:jbe
W:\16059\1\JBE0000005957V001.doc

Express Mailing Label No. EV 524684073 US          PATENT APPLICATION
                                                   Docket No. 16059.1


### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re application of: | | ) |
| | | ) |
| | Logan Laycock, Landon Laycock and | ) |
| | Larry R. Laycock | ) |
| | | ) |
| Serial No.: | Not Yet Assigned | ) Art Unit |
| | | )Not Assigned |
| Filed: | September 13, 2005 | ) |
| | | ) |
| Title: | WIRED CLOTHING AND EARPHONES | ) |

### CERTIFICATE OF EXPRESS MAIL UNDER 37 C.F.R. § 1.10

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

   I hereby certify that the following documents are being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. § 1.10 in an envelope addressed to: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this 13th day of September 2005:

- Patent Application Transmittal Letter (2 pages)
- Patent Application (27 pages)
- Informal Drawings (5 sheets)
- Credit Card Payment Form PTO-2038 in the amount of $625.00
- Certificate of Express Mail Label No. EV 524684073 US (1 page)
- Postcard

                              Respectfully submitted,

                              Joan Edginton
                              Assistant to Jonathan W. Richards
                              **Customer No.  022913**
                              Telephone No. (801) 533-9800

JWR:jbe
W:\16059\1\JBE0000005957V001.doc

| PATENT APPLICATION TRANSMITTAL LETTER<br>(Small Entity) | Docket No.<br>16059.1 |
|---|---|

### COMMISSIONER FOR PATENTS

Transmitted herewith for filing under 35 U.S.C. 111 and 37 C.F.R. 1.53 is the patent application of:

Logan Laycock, Landon Laycock and Larry R. Laycock

For:  **WIRED CLOTHING AND EARPHONES**

Enclosed are:

- ☒ Certificate of Mailing by Express Mail Label No.    EV 524684073 US
- ☒ **Five (5)**          sheets of drawings.
- ☐ A certified copy of a                application.
- ☐ Declaration    ☐ Signed.   ☐ Unsigned.
- ☐ Power of Attorney
- ☐ Information Disclosure Statement
- ☐ Preliminary Amendment
- ☒ Applicant claims small entity status. See 37 CFR 1.27.
- ☐ Other:

| | | CLAIMS AS FILED | | | |
|---|---|---|---|---|---|
| **For** | **#Filed** | **#Allowed** | **#Extra** | **Rate** | **Fee** |
| **Total Claims** | 21 | - 20 = | 1 | x   $25.00 | $25.00 |
| **Indep. Claims** | 4 | - 3 = | 1 | x   $100.00 | $100.00 |
| **Multiple Dependent Claims (check if applicable)  ☐** | | | | | $0.00 |
| **Total # of Pages in Specification** | | 27 | **Total # of Drawing Sheets** | 5 | |
| **Total # of Pages** | 32 | | | **Application Size Fee** | $0.00 |
| | | | | **Search Fee** | $250.00 |
| | | | | **Examination Fee** | $100.00 |
| | | | | **Basic Fee** | $150.00 |
| | | | | **TOTAL FILING FEE** | $625.00 |

- ☐ A check in the amount of        to cover the filing fee is enclosed.
- ☒ The Director is hereby authorized to charge and credit Deposit Account No.    23-3178
  as described below.
  - ☐ Charge the amount of        as filing fee.
  - ☒ Credit any overpayment.
  - ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
  - ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance,
    pursuant to 37 C.F.R. 1.311(b).
- ☒ Payment by credit card. Form PTO-2038 is attached.
  **WARNING: Information on this form may become public. Credit card information should not
  be included on this form. Provide credit card information and authorization on PTO-2038.**

Dated:   September 13, 2005

                                        _Signature_

Customer Number: 022913          **Jonathan W. Richards, Esq.**
                                        **Attorney for Applicant**
                                        **Registration No. 29,843**

cc:

### Request That Application Not Be Published Pursuant To 35 U.S.C. 122(b)(2)

☒ Pursuant to 35 U.S.C. 122(b)(2), Applicant hereby requests that this patent application not be published pursuant to 35 U.S.C. 122(b)(1). Applicant hereby certifies that the invention disclosed in this application has not and will not be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing of the application.

#### *Warning*

*An applicant who makes a request not to publish, but who subsequently files in a foreign country or under a multilateral international agreement specified in 35 U.S.C. 122(b)(2)(B)(i), must notify the Director of such filing not later than 45 days after the date of the filing of such foreign or international application. A failure of the applicant to provide such notice within the prescribed period shall result in the application being regarded as abandoned, unless it is shown to the satisfaction of the Director that the delay in submitting the notice was unintentional.*

| PATENT APPLICATION TRANSMITTAL LETTER (Small Entity) | Docket No. 16059.1 |
|---|---|

## COMMISSIONER FOR PATENTS

Transmitted herewith for filing under 35 U.S.C. 111 and 37 C.F.R. 1.53 is the patent application of:

Logan Laycock, Landon Laycock and Larry R. Laycock

For:  **WIRED CLOTHING AND EARPHONES**

Enclosed are:

- ☒ Certificate of Mailing by Express Mail Label No.    EV 524684073 US
- ☒ **Five (5)**        sheets of drawings.
- ☐ A certified copy of a            application.
- ☐ Declaration    ☐ Signed.    ☐ Unsigned.
- ☐ Power of Attorney
- ☐ Information Disclosure Statement
- ☐ Preliminary Amendment
- ☒ Applicant claims small entity status. See 37 CFR 1.27.
- ☐ Other:

| CLAIMS AS FILED | | | | | |
|---|---|---|---|---|---|
| **For** | **#Filed** | **#Allowed** | **#Extra** | **Rate** | **Fee** |
| Total Claims | 21 | - 20 = | 1 | x   $25.00 | $25.00 |
| Indep. Claims | 4 | - 3 = | 1 | x   $100.00 | $100.00 |
| Multiple Dependent Claims (check if applicable)  ☐ | | | | | $0.00 |
| Total # of Pages in Specification | | 27 | Total # of Drawing Sheets | 5 | |
| Total # of Pages | 32 | | | Application Size Fee | $0.00 |
| | | | | Search Fee | $250.00 |
| | | | | Examination Fee | $100.00 |
| | | | | Basic Fee | $150.00 |
| | | | | TOTAL FILING FEE | $625.00 |

- ☐ A check in the amount of            to cover the filing fee is enclosed.
- ☒ The Director is hereby authorized to charge and credit Deposit Account No.    23-3178 as described below.
    - ☐ Charge the amount of            as filing fee.
    - ☒ Credit any overpayment.
    - ☒ Charge any additional filing fees required under 37 C.F.R. 1.16 and 1.17.
    - ☐ Charge the issue fee set in 37 C.F.R. 1.18 at the mailing of the Notice of Allowance, pursuant to 37 C.F.R. 1.311(b).
- ☒ Payment by credit card. Form PTO-2038 is attached.
    **WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

Dated:   September 13, 2005

Customer Number: 022913

_Signature_

Jonathan W. Richards, Esq.
Attorney for Applicant
Registration No. 29,843

cc:

### Request That Application Not Be Published Pursuant To 35 U.S.C. 122(b)(2)

☒ Pursuant to 35 U.S.C. 122(b)(2), Applicant hereby requests that this patent application not be published pursuant to 35 U.S.C. 122(b)(1). Applicant hereby certifies that the invention disclosed in this application has not and will not be the subject of an application filed in another country, or under a multilateral international agreement, that requires publication of applications 18 months after filing of the application.

### *Warning*

*An applicant who makes a request not to publish, but who subsequently files in a foreign country or under a multilateral international agreement specified in 35 U.S.C. 122(b)(2)(B)(i), must notify the Director of such filing not later than 45 days after the date of the filing of such foreign or international application.  A failure of the applicant to provide such notice within the prescribed period shall result in the application being regarded as abandoned, unless it is shown to the satisfaction of the Director that the delay in submitting the notice was unintentional.*

P01SMALL/REV10



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059.1 |

**CONFIRMATION NO. 3837**

022913
WORKMAN NYDEGGER
(F/K/A WORKMAN NYDEGGER & SEELEY)
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111

**FORMALITIES
LETTER**

Date Mailed: 09/30/2005

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

### FILED UNDER 37 CFR 1.53(b)

#### *Filing Date Granted*

**Items Required To Avoid Abandonment:**

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is missing. *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: If a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $65 for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this letter.

**SUMMARY OF FEES DUE:**

Total additional fee(s) required for this application is $65 for a Small Entity

- $65 Surcharge.

Replies should be mailed to:      Mail Stop Missing Parts

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

*A copy of this notice __MUST__ be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 3 - OFFICE COPY

Express Mailing Label No. EV 524684113 US                PATENT APPLICATION
                                                         Docket: 16059.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:                          )
                                               )
            Logan Laycock et al.               )
                                               ) Art Unit
Serial No.:      11/224,888                    ) 2643
                                               )
Confirmation No.: 3837                         )
                                               )
Filed:           September 13, 2005            )
                                               )
For:             WIRED CLOTHING AND EARPHONES  )
                                               )

Mail Stop Missing Parts
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

### RESPONSE TO NOTICE TO FILE MISSING PARTS OF APPLICATION

Sir:

        In response to the Notice to File Missing Parts of Application mailed September 30, 2005, please find enclosed herewith the following items for filing in the United States Patent and Trademark Office in connection with the above-identified patent application:

        __X__   A Declaration, Power of Attorney, and Petition executed by the inventors: Logan Laycock, Landon Laycock, and Larry Laycock.

        __X__   The present application claims entitlement to Small Entity Status under 37 CFR §§ 1.9 and 1.27

        __X__   A copy of the Notice to File Missing Parts of Application - Filing Date Granted.

        __X__   A Certificate of Express Mail under 37 C.F.R. § 1.10.

        __X__   PTO-2038 Credit Card Payment Form in the amount of $65.00 is enclosed to cover the surcharge fee pursuant to 37 C.F.R. § 1.16(f).

October 28, 2005
Page 2

The Commissioner is hereby authorized to charge payment of the following fees associated with this communication or to credit any overpayment to Deposit Account No. 23-3178.

__X__   Any additional filing fees required under 37 C.F.R. § 1.16.

__X__   Any patent application processing fees under 37 C.F.R. § 1.17.

The Commissioner is hereby authorized to charge payment of the following fees during the pendency of this application or credit any overpayment to Deposit Account No. 23-3178.

__X__   Any filing fees under 37 C.F.R. § 1.16 for presentation of extra claims.

__X__   Any patent application processing fees under 37 C.F.R. § 1.17.

__X__   A duplicate copy of this letter is enclosed.

Please address all future correspondence in connection with this case to the attention of the undersigned.

DATED this _17th_ day of _November_, 2005.

Respectfully submitted,

JONATHAN W. RICHARDS
Attorney for Applicant
Registration No. 29,843
Customer No. 022913
Telephone: (801) 533-9800

JWR:sa
SDA0000002444V001

Express Mail Label No. EV 524684113 US                 PATENT APPLICATION
                                                       Docket No: 16059.1

### DECLARATION, POWER OF ATTORNEY, AND PETITION

We,

(1)   Name:          Logan Laycock
      Address:       146 South Pfeifferhorn Drive
                     Alpine, Utah 84004
      Citizenship:   US

(2)   Name:          Landon Laycock
      Address:       146 South Pfeifferhorn Drive
                     Alpine, Utah 84004
      Citizenship:   US

(3)   Name:          Larry R. Laycock
      Address:       146 South Pfeifferhorn Drive
                     Alpine, Utah 84004
      Citizenship:   US

declare:  that our citizenship, residence address, and post office address are as set forth above;

that we verily believe we are the original, first, and joint inventors of the subject matter of the

invention or discovery entitled WIRED CLOTHING AND EARPHONES, for which a patent is

sought and which is described and claimed in the application attached hereto; that we have

reviewed and understand the contents of the above-identified application, including the claims,

as amended by any amendment specifically referred to herein; and that we acknowledge the duty

to disclose information which is material to the patentability of this application in accordance

with Section 1.56(a) of Title 37 of the Code of Federal Regulations.

We declare further that all statements made herein of our own knowledge are true and

that all statements made on information and belief are believed to be true; and further that these

statements were made with the knowledge that willful, false statements and the like so made are

1

punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful, false statements may jeopardize the validity of the application or any patent issuing thereon.

We hereby appoint as our attorneys and/or patent agents those listed under the following Customer Number with full power to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith:

**022913**
**Customer Number**

All correspondence and telephonic communications should be directed to:

Jonathan W. Richards
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

Wherefore, we pray that Letters Patent be granted to us for the invention or discovery described and claimed in the foregoing specification and claims, declaration, power of attorney, and this petition.

DATED this 21st day of September 2005.

Inventor: _Logan Laycock_
Logan Laycock
146 South Pfeifferhorn Drive
Alpine, Utah 84004

DATED this 21st day of September 2005.

Inventor: _Landon Laycock_
Landon Laycock
146 South Pfeifferhorn Drive
Alpine, Utah 84004

2

DATED this ___21st___ day of September 2005.

Inventor: _Larry R. Laycock_

Larry R. Laycock
146 South Pfeifferhorn Drive
Alpine, Utah 84004

JWR:jbe
W:\16059\1\UBE0000006107V001.doc

3

Express Mailing Label No. EV 524684113 US

PATENT APPLICATION
Docket: 16059.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

)
)
Logan Laycock et al.                                    )
) Art Unit
Serial No.:      11/224,888                             ) 2643
)
Confirmation No.: 3837                                  )
)
Filed:           September 13, 2005                     )
)
For:             WIRED CLOTHING AND EARPHONES           )
)

## CERTIFICATE OF EXPRESS MAIL

I hereby certify that the following documents are being deposited with the United States Postal Service as Express mail, postage prepaid, in an envelope addressed to: Mail Stop Missing Parts, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this 21ˢᵗ day of _November_, 2005:

- Response to Notice to File Missing Parts of Application (2 pgs. in duplicate)
- Declaration, Power of Attorney, and Petition (3 pgs.)
- Copy of Notice to File Missing Parts of Application-Filing Date Granted (2 pages)
- Form PTO-2038 submitting Credit Card Payment in the amount of $65.00
- Postcard

Respectfully submitted,

Shanon Adkins

Shanon Adkins, Paralegal for
JONATHAN W. RICHARDS
Attorney for Applicant
Registration No. 29,843
Customer No. 022913
Telephone: (801) 533-9800



*17-23 05*

Page 1 of 2

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371 (c) DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NUMBER |
|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059.1 |

**CONFIRMATION NO. 3837**

022913
WORKMAN NYDEGGER
(F/K/A WORKMAN NYDEGGER & SEELEY)
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111

**FORMALITIES
LETTER**

Date Mailed: 09/30/2005

## NOTICE TO FILE MISSING PARTS OF NONPROVISIONAL APPLICATION

11/25/2005 SDENB0B1 00000020 11224888

01 FC:2051                    65.00 OP          **FILED UNDER 37 CFR 1.53(b)**

*Filing Date Granted*

### Items Required To Avoid Abandonment:

An application number and filing date have been accorded to this application. The item(s) indicated below, however, are missing. Applicant is given **TWO MONTHS** from the date of this Notice within which to file all required items and pay any fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a).

- The oath or declaration is missing. *A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.*
  *Note: If a petition under 37 CFR 1.47 is being filed, an oath or declaration in compliance with 37 CFR 1.63 signed by all available joint inventors, or if no inventor is available by a party with sufficient proprietary interest, is required.*

The applicant needs to satisfy supplemental fees problems indicated below.

The required item(s) identified below must be timely submitted to avoid abandonment:

- To avoid abandonment, a surcharge (for late submission of filing fee, search fee, examination fee or oath or declaration) as set forth in 37 CFR 1.16(f) of $65 for a small entity in compliance with 37 CFR 1.27, must be submitted with the missing items identified in this letter.

### SUMMARY OF FEES DUE:

Total additional fee(s) required for this application is $65 for a Small Entity

- $65 Surcharge.

Replies should be mailed to:     Mail Stop Missing Parts

Page 2 of 2

Commissioner for Patents
P.O. Box 1450
Alexandria VA 22313-1450

*A copy of this notice **MUST** be returned with the reply.*

Office of Initial Patent Examination (571) 272-4000, or 1-800-PTO-9199, or 1-800-972-6382
PART 2 - COPY TO BE RETURNED WITH RESPONSE

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059.1 | 3837 |

22913        7590        02/21/2008
WORKMAN NYDEGGER
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111

| EXAMINER |
|---|
| ROBINSON, RYAN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 4142 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 02/21/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A  (Rev. 04/07)

| ***Office Action Summary*** | Application No. | Applicant(s) |
| | 11/224,888 | LAYCOCK ET AL. |
| | Examiner | Art Unit | |
| | RYAN C. ROBINSON | 4142 | |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133). Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on <u>13 September 2005</u>.
2a)☐ This action is **FINAL**.       2b)☒ This action is non-final.
3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) <u>*1-21*</u> is/are pending in the application.
    4a) Of the above claim(s) _____ is/are withdrawn from consideration.
5)☐ Claim(s) _____ is/are allowed.
6)☒ Claim(s) <u>*1-21*</u> is/are rejected.
7)☐ Claim(s) _____ is/are objected to.
8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☒ The specification is objected to by the Examiner.
10)☐ The drawing(s) filed on <u>*13 September 2005*</u> is/are: a)☒ accepted or b)☐ objected to by the Examiner.
    Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
    Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).
11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
    a)☐ All  b)☐ Some * c)☐ None of:
      1.☐ Certified copies of the priority documents have been received.
      2.☐ Certified copies of the priority documents have been received in Application No. _____.
      3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
    * See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)
2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3)☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____.
5)☐ Notice of Informal Patent Application
6)☐ Other. _____.

Application/Control Number: 11/224,888                                    Page 2
Art Unit: 4142

## DETAILED ACTION

1.    Claims 1-21 are pending in this application.


### Drawings

2.    The drawings filed on 9/13/2005 are approved for examination purpose


### Claim Rejections - 35 USC § 103

3.    The following is a quotation of 35 U.S.C. 103(a) which forms the basis for all

obviousness rejections set forth in this Office action:

> (a) A patent may not be obtained though the invention is not identically disclosed or described as set
> forth in section 102 of this title, if the differences between the subject matter sought to be patented and
> the prior art are such that the subject matter as a whole would have been obvious at the time the
> invention was made to a person having ordinary skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which the invention was made.

**4.    Claims 1-7 are rejected under 35 U.S.C. 103 as being unpatentable over**

**Eves, U.S. Publication No. 2001/0050991, published on 12/13/2001 (Hereby Eves),**

**in view of Cyr et al. U.S. Publication No. 2006/0182297, filed on 2/15/2005 (Hereby**

**Cyr).**


5.    As to claim 1, Eves discloses "*a garment*" (Parag. 1, line 4), "*including an*

*elongate internal passageway*" (Fig 7, element 40). The collar contains a passageway

for the wiring of headphones (Fig. 7, element 26R), The jacket has "*left and right*

*apertures*". The jacket has openings for the headphones (Fig. 7, element 26R). Also

there are "*earphones, comprising a conductive wire assembly passing through the*

Application/Control Number: 11/224,888                                        Page 3
Art Unit: 4142

elongate internal passageway" (Fig. 7, element 26R). The earphones have "left and

right lengths of wire exiting through the left and right apertures". In Fig. 7 the earphones

(26R) exit through left and right apertures in the collar (40). The wiring in the garment is

removable and not fixed to the garment, (Parag. 28, lines 4-5) and therefore slideable,

corresponding to "a portion of the conductive wire assembly" being "slideable within the

passageway". This allows the wiring to act as a "drawstring" within the collar portion.

The garment has "a left and right earpiece configured to be worn in close

proximity to the left and right ears of the user" (Fig. 5, element 26). The garment has

two headphones that are "electronically coupled to the left and right lengths of wire". In

Fig. 1 the schematic shows left and right earphones (26) connected with two separate

wires. The earphones (Fig. 1, element 26) are "transducers for emitting audio into the

ears of the user". The schematic in Fig. 1 shows "a connection between the earphones

(26) and an audio device (14) for supplying an audio signal from the audio device to the

earphone."

It is noted, however, that Eves does not disclose that the garment has a "hood

sized to be selectively worn over a user's head", and that the "elongate internal

passageway" is included in the hood, "along the border of the hood".

On the other hand, Cyr discloses a "hood sized to be selectively worn over a

users head" (Fig. 1, element 20), with an "elongate internal passageway" that is "along

the border of the hood".

It would have been obvious to one of ordinary skill in the art to incorporate a

hood as the one disclosed by Cyr (Cyr: Fig. 1, element 20) into the garment disclosed

Application/Control Number: 11/224,888                                    Page 4
Art Unit: 4142

by Eves, (Eves: Fig. 5) with the earphones (Eves: Fig. 5, element 26) used as

drawstrings for the hood portion instead of the collar portion, because both Eves and

Cyr are directed to garments wired for audio. Specifically, Eves is directed to a garment

that incorporates an audio device with headphones (Eves: Fig. 4), while Cyr is directed

to a hooded garment with a built in audio device and headphones inside the hood (Cyr:

Fig. 1).

It would have thus been obvious to one of ordinary skill in the art to include a

hood on the garment of Eves (Eves: Fig. 5), with the headphone wires used as a

drawstring, because Cyr teaches that headphones can be incorporated into the hood of

a garment (Cyr: Fig. 1, element 18), and Eves teaches that the wiring in the

passageway can be moveable, therefore acting as a drawstring. Furthermore, the hood

is essentially an extension of the collar. The combination would allow for a hooded

garment with headphones, similar to the garment that Cyr teaches, but with greater

flexibility of mounting the speakers to the garment (Cyr: Parag. 21), allowing the user to

listen to headphones regardless of whether the hood is raised or lowered.


6.      As to claim 2, Eves discloses that "*the earphones further include left and right*

*audio channels*" (Fig. 1 element 26). Fig. 1 clearly shows a schematic with the right

channel connected to the right speaker, and the left channel connected to the left

speaker, which corresponds to "*the left channel being transmitted through the left length*

*of wire, and the right channel being transmitted through the right length of wire*"

Application/Control Number: 11/224,888                                    Page 5
Art Unit: 4142

7.      As to claim 3, Eves discloses "*a second elongate internal passageway for housing the portion of the conductive wire assembly leading to the connector*" (Fig. 1, element 24)

8.      As to claim 4, Eves discloses "*elongate internal passageways*" in the garment (Fig. 5, element 12). The passageways are for the wires connecting the audio device with the speakers. The passageways are "*configured to be selectively opened to allow removal of the earphones and the conductive wire assembly*" (Parag. 28, lines 2-5). The conductive loom (Fig. 1, element 12) is removable to permit laundry.

9.      As to claim 5, Cyr discloses that there are "*Velcro® strips for selectively sealing the elongate internal passageways*" Cyr suggests that fastening can be provided by hook-and-pile fasteners (Parag. 42, lines 10-12), corresponding to Velcro®.

10.     As to claim 6, Eves discloses "*at least one internal chamber located on the garment for housing the audio device*" (Fig. 5, element 14P). The audio device (Fig. 5, element 14), is located in an internal pocket (Fig. 5, element 14P).

11.     As to claim 7, Eves discloses that "*at least one internal chamber* (Fig. 5, element 14P) *is connected to a second elongate internal passageway* (Fig. 5, element 12) *for providing an internal link between the audio device* (Fig. 5, element 14) *and the conductive connector of the earphones*" The internal passageway (12) connects to the earphones (26).

Application/Control Number: 11/224,888                                      Page 6
Art Unit: 4142

12.     **Claims 8-10 are rejected under 35 U.S.C. 103 as being unpatentable over**

**Eves, U.S. Publication No. 2001/0050991, published on 12/13/2001 (Hereby Eves),**

**Cyr et al. U.S. Publication No. 2006/0182297, filed on 2/15/2005 (Hereby Cyr), as**

**applied to Claim 1 above, further in view of Peng et al. U.S. Publication No.**

**2006/0185062 filed on 4/24/2005 (Hereby Peng).**


13.     As to claim 8, Eves discloses a "*left length of wire*" and a "*left aperture*", as well

as a "*right length of wire*" and a "*right aperture*". In Fig 7, there are two earpiece units

(26R) both connected with lengths of wire. The apertures are the openings in the collar

(Fig. 1, element 22).

        It is noted however that Eves does not disclose a "*left retractable dial*", and that

"*the left retractable dial is configured to selectively retract a portion*" of the left length of

wire, nor does Eves disclose that a "*right retractable dial*", and that "*the right retractable*

*dial is configured to selectively retract a portion*" of the right length of wire, although

Eves does recognize a need to reduce loose cable that the user could become

entangled with. (See Parag. 29, lines 2-5)

        It is noted however that Peng discloses a "*left retractable dial*" and a "*right*

*retractable dial*" (Fig. 4, element 44). Peng teaches a retractable lead device on a

garment with retractable dials on both the right and left earphones (Fig. 4, element 4).

The user can lengthen or shorten the amount of available wire to a desired length using

the retractable dial, so that "*the left retractable dial is configured to selectively retract a*

*portion*", and "*the right retractable dial is configured to selectively retract a portion*"

It would have been obvious to one of ordinary skill in the art at the time of

applicants invention to combine Eves' earphones and conductive wire assembly leading

to the each headphone (Eves: Fig. 5, element 26) with Peng's teaching of retractable

earphones (Peng: Parag. 24, lines 12-16). Eves is directed to an audio device with

headphones embedded in a garment (Eves: Fig. 5), while Peng is directed to retractable

earphones in a garment worn on the head. Both Eves and Peng are from the wearable

electronics field.

It would have been obvious to one skilled in the art to modify the teachings of

Eves' garment and speaker assembly, specifically the wire and earphones (Eves: Fig. 1,

element 26) by placing the retractable dial taught by Peng (Peng: Fig. 4, element 44) on

Eaves' wire of the earphone unit (Eaves: Fig. 5, element 26). The combination would

solve the problem of loose cable becoming entangled (Eaves: Parag. 28, lines ).


14.     As to claim 9, Peng teaches that "*the left and right retractable dials are

configured to selectively retract the right and left lengths of wire from the direction of the

earpieces.*" (Parag. 24 lines 12-16). Both retractable dials (Fig. 4, element 44) are on

the signal cable which allows retraction from either direction.


15.     As to claim 10, Peng teaches that "*the left and right retractable dials are

configured to selectively retract the right and left lengths of wire from the direction of the

left and right apertures.*" (Parag. 24 lines 12-16). Both retractable dials (Fig. 4, element

44) are on the signal cable which allows retraction from either direction.

Application/Control Number: 11/224,888                                          Page 8
Art Unit: 4142

### *Claim Rejections - 35 USC § 102*

16.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that

form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by
> another filed in the United States before the invention by the applicant for patent or (2) a patent
> granted on an application for patent by another filed in the United States before the invention by the
> applicant for patent, except that an international application filed under the treaty defined in section
> 351(a) shall have the effects for purposes of this subsection of an application filed in the United States
> only if the international application designated the United States and was published under Article 21(2)
> of such treaty in the English language.

17.    **Claims 11-18 and 20-21 are rejected under 35 U.S.C. 102(e) as being**

**anticipated by Peng et al. U.S. Publication No. 2006/0185062 filed on 4/24/2005**

**(Hereby Peng).**


18.    As to claim 11, Peng discloses a "*combined garment and earphones*" (Fig. 4,

element 1). Peng's garment has headphones (Fig. 4, element 4), which correspond to

"*earphones*". The garment has "*at least one elongate internal passageway*". In Fig. 4 the

earphone wire is shown as a dotted line corresponding to an "*internal passageway*" as

well as "*a conductive wire assembly at least partially enclosed within the at least one*

*elongate internal passageway*" (Fig. 4, element 41).

       The *"conductive wire"* (Fig. 4, element 41) is disclosed as *having a first length of*

*wire leading to at least one earpiece* (Fig. 4, element 4) *having a transducer for emitting*

*audio into a user's ear"* The wire is connected via a connector (Fig. 4, element 3) to an

audio device (Fig. 4, element 3), which corresponds to "*a second length of wire leading*

*to a connector configured to be communicatively coupled to an audio device*".

Application/Control Number: 11/224,888                                     Page 9
Art Unit: 4142

There is disclosed in (Fig. 4, element 44) "*a first retractable dial coupled to the garment, wherein a portion of the conductive wire assembly* (Fig. 4, element 41) *travels through the first retractable dial, and wherein the first retractable dial is configured to selectively retract at least a portion of the first end of the conductive wire assembly*".

19.     As to claim 12, Peng discloses a hat in (Fig. 5) corresponding to a "*hat*" in the group "*consisting of a hat, a shirt, a pair of pants, a coat and a jacket.*"

20.     As to claim 13, Cry teaches a "*physical electronic connection*" to the audio device (Fig. 4, element 42), which is in the group of "*a physical electronic connection, and a wireless connection*".

21.     As to claim 14, Peng discloses "*a second retractable dial* (Fig. 4, element 44) *coupled to the garment* (Fig. 4, element 1)*, wherein a portion of the conductive wire* (Fig. 4, element 41) *between the first retractable dial and the second end of the conductive wire travels through the second retractable dial*" There are two dials on the garment in Fig. 4.

22.     As to claim 15, Cyr discloses "*at least one internal chamber located on the garment for housing the audio device*" (Fig. 4 element 21). The audio device (Fig. 4, element 3), is located internally.

Application/Control Number: 11/224,888                                    Page 10
Art Unit: 4142

23.     As to claim 16, Cyr discloses "*at least one internal chamber located on the
garment for housing a retractable dial*". In Fig. 4, the retractable dial (Fig. 4, element 44)
is clearly housed inside the garment (Fig. 4, element 1).

24.     As to claim 17, Peng discloses "*a hat sized to be worn on the head of a user*"
(Fig. 5). Peng discloses a head mounted audio device in the form of a hat (See Parag.
21, lines 4-5). The hat has "*at least one elongate internal passageway*" (Fig. 1 element
41), with "a conductive wire assembly at least partially enclosed within the at least one
elongate internal passageway" The wire is a signal cable (See Parag. 24, line 5). The
conductive wire has "*a first length of wire leading to a first earpiece* (Fig. 1, element 4)
*having a transducer for emitting audio*" (Parag. 24, line 5). There are two earphones
connected with the signal cable. The conductive wire assembly has "*a second length of
wire leading to a connector* (Fig. 1, element 42) *configured to be communicatively
coupled to an audio device* (Fig. 1, element 3)". The earphones receive a signal via a
signal cable to be plugged into an audio device with the connector. (See Parag. 24,
lines 4-8).

        Peng further discloses "*a first retractable dial* (Fig. 4, element 44) *coupled to the
hat near a first ear of the user*". (See Parag. 24, lines 12-14). The signal cable is wound
around a resilient retractable reel, which corresponds to a "*first retractable dial*". The dial
is "*configured to selectively retract at least the portion of the first length of wire leading
to the first earpiece*" The earphones can be pulled from the reel for convenient use.
(See Parag. 24, lines 15-16). .

Application/Control Number: 11/224,888                                   Page 11
Art Unit: 4142

25.     As to claim 18, Peng discloses "*a third length of wire leading to a second*

*earpiece having a transducer for emitting audio*". There are two headphones (Fig. 1,

element 4), each connected with a signal cable (Fig. 1, element 41), corresponding to a

"*third length of wire*". (See. Parag. 24, line 4). There also exists a "*second retractable*

*dial coupled to the hat near a second ear of the user*" (Fig. 4, element 44), "*wherein a*

*portion of the third length of wire* (Fig. 4, element 41) *travels through the second*

*retractable dial* (Fig. 4, element 44), *and wherein the second retractable dial is*

*configured to selectively retract at least the portion of the third length of wire leading to*

*the second earpiece*" (See Parag. 24, lines 15-16). The earphones can be pulled from

the reel for convenient use.


26.     As to claim 20, Peng discloses "*at least one internal chamber located on the hat*

*for housing a retractable dial*" In Fig. 4, the retractable dial (Fig. 4, element 44) is clearly

housed inside the garment (Fig. 4, element 1).


27.     As to claim 21, Peng discloses "*a hat sized to be worn on the head of a user*"

(Fig. 4, element 1). Peng teaches that the garment (1) can be a hat (See Parag. 21,

lines 4-5). The hat has "*at least one elongate internal passageway*". In Fig. 4 the

earphone wire is shown as a dotted line corresponding to an "*internal passageway*" as

well as "*a conductive wire assembly at least partially enclosed within the at least one*

*elongate internal passageway*" (Fig. 4, element 41). The conductive wire has "*first and*

*second lengths of wire leading to first and second earpieces* (Fig. 4, element 4),

Application/Control Number: 11/224,888                                    Page 12
Art Unit: 4142

respectively". There are two earphones (Fig. 4 element 44) on the hat, each with

separate wires (Fig. 4, elements). The earphones correspond to "*earpieces having*

*transducers for emitting audio*"

      Peng teaches that the "*conductive wire assembly*" (Fig. 4, element 41) "*has a*

*third length of wire leading to a connector* (Fig. 4, element 42) *configured to be*

*communicatively coupled to an audio device* (Fig. 4, element 3)".

      The disclosed hat has a "*retractable dial*" coupled to it (Fig. 4, element 44). *The*

*first and second lengths of wire* (Fig. 1, element 41) *travels through the retractable dial*".

Since there are retractable dials (Fig. 4, element 44) connected to each earpiece

(Fig. 4, element 4), the retractable dial is "*configured to selectively retract at least the*

*portion of the first and second lengths of wire leading to the first and second earpieces*"

Application/Control Number: 11/224,888                                      Page 13
Art Unit: 4142

### *Claim Rejections - 35 USC § 103*

28.   **Claim 19 is rejected under 35 U.S.C. 103(a) as being unpatentable over**
**Peng et al. U.S. Publication No. 2006/0185062 filed on 4/24/2005 (Hereby Peng), as**
**applied to claim 18 above, in view of Ohta U.S. Publication No. 2006/0013429, filed**
**on 8/11/2004.**


29.   As to Claim 19, Peng discloses a *"rear portion of the hat"* (Fig. 4, element 1), a
*"portion of the second length of wire"* (Fig. 4, element 41) as well as a *"communicative*
*coupling"* (Fig. 4, element 42). It is noted however that Peng does not disclose a *"third*
*retractable dial coupled to the hat"*, and that the second length of wire *"travels through*
*the third retractable dial"*. Peng also does not disclose that the *"third retractable dial is*
*configured to selectively retract at least the portion"* of the second length of wire leading
to the communicative coupling.

On the other hand Ohta discloses headphones that have a retractable cord by
means of a reel (Fig. 4, element 9L) which corresponds to a *"retractable dial"* (See
Parag. 32, lines 8-9). The wire (Fig. 4, element 4) that leads the communicative
coupling (Fig. 4, element 5) for an audio device, corresponds to the *"second length of*
*wire"* traveling *"through the third retractable dial"*. The reel (Fig. 4, element 9L) has
release levers, which allow the user to extend and retract the cord to a necessary length
(Parag. 35, lines 21-24), corresponding to the dial being *"configured to selectively*
*retract at least the portion of the second length of wire leading to the communicative*
*coupling"*

Application/Control Number: 11/224,888                                    Page 14
Art Unit: 4142

It would have been obvious to one of ordinary skill in the art to place the

retractable reel of Ohta (Ohta: Fig. 4, element 9L) on the wire before the communicative

coupling of Peng (Peng: Fig. 4, element 42), because both Peng and Ohta directed to

headphones. More specifically Peng is directed to a hat with integrated, retractable

headphones (Peng: Fig. 4), while Ohta is directed to a pair of headphones with a

retractable dial (Ohta: Fig. 4, element 9L). Both Peng and Ohta are from the headphone

field.

It would have been obvious to one of ordinary skill in the art at the time of

applicant's invention to provide the retractable reel (Ohta: Fig. 4, element 9L) with a

locking mechanism (Ohta: Fig. 4, element 7L) of Ohta on the wire leading to the

communicative coupling (Peng: Fig. 4, element 42) of Peng.

It would have been obvious to one of ordinary skill in the art at the time of

applicant's invention to add a retractable dial on the communicative coupling of Peng,

because retractable dials are already taught as used on the headphones of Peng.

(Peng: Fig. 4, element 44). Furthermore adding the retractable dial of Ohta (Ohta: Fig.

4, element 9L) will give the predictable result of allowing users of Peng's hat with

headphones (Peng: Fig. 4) to prevent the cord leading to an audio device from

becoming entangled (Ohta: Parag. 3, lines 4-5), providing a more convenient

experience for the user.

Application/Control Number: 11/224,888                                          Page 15
Art Unit: 4142

### *Conclusion*

The prior art made of record

| a. | US Publication Number | 2001/0050991 |
| b. | US Publication Number | 2006/0182297 |
| c. | US Publication Number | 2006/0185062 |
| d. | US Publication Number | 2006/0013429 |

Application/Control Number: 11/224,888                                    Page 16
Art Unit: 4142

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Ryan C. Robinson whose telephone number is (571)

270-3956.  The examiner can normally be reached on Monday through Friday from 8

am to 5 pm.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Srirama Channavajjala, can be reached on (571) 272-4108. The fax phone

number for the organization where this application or proceeding is assigned is

571-273-8300.

Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).

Ryan Robinson

*/Srirama  Channavajjala/*

*Supervisory Patent Examiner, Art Unit 4142*

| *Notice of References Cited* | Application/Control No. 11/224,888 | Applicant(s)/Patent Under Reexamination LAYCOCK ET AL. | | |
|---|---|---|---|---|
| | Examiner RYAN C. ROBINSON | Art Unit 4142 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2001/0050991 | 12-2001 | Eves, David A. | 381/11 |
| * | B | US-2006/0182297 | 08-2006 | Cyr et al. | 381/333 |
| * | C | US-2006/0185062 | 08-2006 | Peng et al. | 002/209.13 |
| * | D | US-2006/0013429 | 01-2006 | Ohta, Takashi | 381/370 |
| * | E | US-6,707,922 | 03-2004 | Tilbury et al. | 381/333 |
| * | F | US-7,035,422 | 04-2006 | Wiener, David | 381/388 |
| * | G | US-2006/0132382 | 06-2006 | Jannard, James H. | 345/008 |
| * | H | US-6,792,124 | 09-2004 | Tilbury et al. | 381/333 |
| * | I | US-6,567,651 | 05-2003 | Whitley, Kevin James | 455/90.1 |
| * | J | US-5,757,929 | 05-1998 | Wang et al. | 381/300 |
| * | K | US-2006/0280322 | 12-2006 | Abe, kaho | 381/300 |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | WO 2005045110 A1 | 05-2005 | PCT | Gunzel et al. | D03D 1/00 |
| | O | WO 2005022872 A1 | 02-2005 | PCT | Gratton | H04M 1/00 |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

E-filed

PATENT APPLICATION
Docket No. 16059.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| In re application of | | ) |
| | | ) |
| | Logan Laycock et al. | ) |
| | | ) |
| Serial No.: | 11/224,888 | ) Art Unit |
| | | ) 4142 |
| Filed: | 09/13/2005 | ) |
| | | ) |
| Conf. No.: | 3837 | ) |
| | | ) |
| For: | WIRED CLOTHING AND EARPHONES | ) |
| | | ) |
| Examiner: | Ryan C. Robinson | ) |
| | | ) |
| Customer No.: | 022913 | ) |

## AMENDMENT A

Mail Stop AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office action of February 21, 2008, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 7 of this paper.

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

## AMENDMENTS TO THE CLAIMS

This listing of claims replaces all prior versions, and listings, of claims in the application:

**Listing of Claims:**

1.   (Original) A combined garment and earphones, comprising:

a garment having a hood sized to be selectively worn over a user's head, the hood including an elongate internal passageway along the border of the hood, and having left and right apertures at each end of the passageway;

earphones, comprising:

a conductive wire assembly passing through the elongate internal passageway and having left and right lengths of wire exiting through the left and right apertures, respectively, wherein at least a portion of the conductive wire assembly is slideable within the passageway, and acts as a drawstring for the hood;

a left and a right earpiece configured to be worn in close proximity to the left and right ears of the user, the earpieces being electronically coupled to the left and right lengths of wire, respectively, and including transducers for emitting audio into the ears of the user; and

a connection between the earphones and an audio device for supplying an audio signal from the audio device to the earphones.

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

2.    (Original) The combined garment and earphones as recited in claim 1, wherein the earphones further include left and right audio channels, the left channel being transmitted through the left length of wire, and the right channel being transmitted through the right length of wire.

3.    (Original) The combined garment and earphones as recited in claim 1, further comprising a second elongate internal passageway for housing the portion of the conductive wire assembly leading to the connector.

4.    (Original) The combined garment and earphones as recited in claim 1, wherein the elongate internal passageways are configured to be selectively opened to allow removal of the earphones and the conductive wire assembly.

5.    (Original) The combined garment and earphones as recited in claim 4, further comprising Velcro® strips for selectively sealing the elongate internal passageways.

6.    (Original) The combined garment and earphones as recited in claim 1, further comprising at least one internal chamber located on the garment for housing the audio device.

7.    (Original) The combined garment and earphones as recited in claim 6, wherein the at least one internal chamber is integrally connected to a second elongate internal passageway

Page 3 of 10

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

for providing an internal link between the audio device and the conductive connector of the earphones.

8.      (Original) The combined garment and earphones as recited in claim 1, further comprising:

a left retractable dial, wherein a portion of the left length of wire between the left aperture and the left earpiece travels through the left retractable dial, and wherein the left retractable dial is configured to selectively retract at least a portion of the left length of wire; and

a right retractable dial, wherein a portion of the right length of wire between the right aperture and the right earpiece travels through the right retractable dial, and wherein the right retractable dial is configured to selectively retract at least a portion of the right length of wire.

9.      (Original) The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the earpieces.

10.     (Original) The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the left and right apertures.

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

11.     (Currently Amended) A combined garment and earphones, comprising:

a garment having at least one elongate internal passageway;

a conductive wire assembly at least partially enclosed within the at least one elongate internal passageway, the conductive wire having a first length of wire leading to at least one earpiece having a transducer for emitting audio into a user's ear, and having a second length of wire leading to a connector configured to be communicatively coupled to an audio device; and

a first retractable dial ~~coupled to the garment~~, wherein a portion of the conductive wire assembly travels through the first retractable dial, wherein the first retractable dial is configured to selectively retract at least a portion of the first end of the conductive wire assembly, wherein the first retractable dial is configured to selectively retract at least a portion of the second end of the conductive wire assembly, and wherein retraction of the second end of the conductive wire assembly acts as a drawstring for the garment.

12.     (Original) The combined garment and earphones of claim 11, wherein the garment is selected from the group consisting of a hat, a shirt, a pair of pants, a coat, and a jacket.

13.     (Original) The combined garment and earphones of claim 11, wherein the connector is selected from the group consisting of a physical electronic connection, and a wireless connection.

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

14.   (Original) The combined garment and earphones of claim 11, further comprising a second retractable dial coupled to the garment, wherein a portion of the conductive wire between the first retractable dial and the second end of the conductive wire travels through the second retractable dial, and wherein the second retractable dial is configured to selectively retract at least the second end of the conductive wire assembly.

15.   (Original) The combined garment and earphones of claim 11, further comprising at least one internal chamber located on the garment for housing the audio device.

16.   (Original) The combined garment and earphones of claim 11, further comprising at least one internal chamber located on the garment for housing a retractable dial.

17.   (Canceled)

18.   (Canceled)

19.   (Canceled)

20.   (Canceled)

21.   (Canceled)

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

## REMARKS

Applicants and applicants' attorney express appreciation to the Examiner for time spent reviewing the application and preparing the Office Action. In the Office Action claims 1-21 were rejected. In this response, claims 1-16 are pending wherein claim 11 has been amended, and claims 17-21 are canceled. Reconsideration and allowance for the above-identified application are now respectfully requested.

The Office Action Summary lists in item 9 that the specification is objected to by the Examiner. However, the Detailed Action did not address the rejection of the specification. Applicant's attorney made several attempts to contact Examiner Robinson by telephone to seek clarification, but was unsuccessful. Examiner Robinson is invited to contact the undersigned by telephone at 801-321-8847 to resolve any issues relating to the specification.

1.    **Rejection under 35 U.S.C. § 103(a)**

In the Office Action, claims 1-7 were rejected under 35 U.S.C. § 103(a) as being unpatentable over Eves, U.S. Publication No. 2001/0050991 ("*Eves*"), in view of Cyr et al., U.S. Publication No. 2006/0182297 ("*Cyr*"). Applicants respectfully request removal of the rejection under 35 U.S.C. § 103(a) of claims 1-7 because *Eves* in view of *Cyr* does not teach or suggest wiring that "acts as a drawstring" as claimed in applicants' claim 1.

*Eves* teaches wiring that is moveable within the internal passageways in the clothing. Moveable wiring within a passageway is not wiring that acts as a drawstring. The moveable wiring disclosed in *Eves* serves to minimize the amount of loose cable. In one embodiment shown in figures 7 and 8 in *Eves* this wiring emerges "discretely from the collar close to the user's ears such that there is a minimum of loose cable." *Eves* does not teach or suggest that this wiring be used to tighten or close an opening in the clothing. The disclosure does not show or

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

explain that the wiring goes around the periphery of the collar so that the wiring could possibly be used as a drawstring. The configuration only allows the ear pieces to emerge discretely from the collar and minimizes the amount of loose wire.

Referring specifically to figures 7 and 8 in *Eves*, one can observe that the disclosed configuration would not function as a drawstring. If a user were to pull on the wiring in the direction away from the ear piece attempting to tighten the collar, the ear piece would move in the same direction and not provide resistance allowing the collar to be drawn. Further, pulling in this direction would cause the ear piece to pull out of the user's ear. If a user were to pull on the wiring in the opposite direction then more of the "loose cable" would emerge from the aperture.

Unlike *Eves*, *Cyr* teaches headphones at fixed positions in a hood. Since the headphones are at fixed positions, *Cyr* does not contemplate that the wiring be moveable and used as a drawstring. It would not be obvious to one of ordinary skill in the art to combine *Eves* with *Cyr* and place wiring in an internal passageway along the border of the hood so that the wiring acts as a drawstring for the hood.

Claims 8-10 were also rejected in the Office Action under 35 U.S.C. § 103(a) as unpatentable over *Eves* in view of *Cyr* and *Peng et al.*, U.S. Publication No. 2006/0185062 ("*Peng*"). *Peng et al.* also does not disclose or suggest that the wiring be moveable and used as a drawstring. Since claims 8-10 depend from claim 1 and also incorporate the limitations of claim 1 (including the limitation that the wiring serve as a drawstring), applicant submits that claims 8-10 are also patentable over the cited prior art for the reasons discussed above.

Claim 19 has been canceled, rendering the rejection to that claim moot.

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

`      2.      Rejection under 35 U.S.C. § 102`

In the Office Action, claims 11-18, 20-21 were rejected under 35 U.S.C. § 102(e) as being unpatentable over *Peng*. Claims 17, 18, 20, and 21 have been canceled. Claim 11 has been amended to be patently distinguishable over the prior art.

*Peng* discloses a combined garment and earphones with a retractable wheel fixed to the garment; the portion of the wires leading to the earphones may be wound around the wheel and can be resiliently pulled out for convenient use. However, *Peng* fails to teach or suggest a combined garment and earphones where the retractable wheel is not coupled to the garment and the retractable wheel is configured such that it may retract both the wire leading to the earphones and the wire leading to the connector. Further, when the wire leading to the connector is retracted the wire acts as a drawstring for the garment. Having the dial uncoupled from the garment also allows for the wire to be retracted to a fixed position so that the wiring will hold the garment in a fixed drawn position. In *Peng*, only the portion of the wires leading to the earphones is retractable since the audio device is in a fixed position relative to where the earphones emerge from the garment. This allows the user to adjust the length of wire leading to the earphones, but it does not allow for the wiring to tighten or close an opening in the garment as a drawstring would. More specifically, Peng makes no mention of providing an adjustment of the length of wire located between the retractable reels 44 and the connector 42.

Additionally, claim 11 would not be obvious to one of ordinary skill in the art over *Peng* in view of *Eves* and *Ohta*. As stated previously, *Eves* does not teach or suggest using the wiring as a drawstring for the garment. *Ohta* only teaches earphones with retractable wires and does not integrate the wires with a garment. It would not be obvious to one of ordinary skill in the art to combine these references and use the wiring as a drawstring for the garment.

Application No. 11/224,888
Amendment "A" dated June 10, 2008
Reply to Office Action mailed February 21, 2008

In the event that the Examiner finds remaining impediment to a prompt allowance of this application that may be clarified through a telephone interview, the Examiner is requested to contact the undersigned attorney.

Dated this 10ᵗʰ day of June, 2008.

Respectfully submitted,

Jonathan W. Richards
Registration No. 29,843
Attorney for Applicant
Customer No. 022913

JWR:AML
1804956_1.DOC

Page 10 of 10

## Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11224888 |
| **Filing Date:** | 13-Sep-2005 |
| **Title of Invention:** | Wired clothing and earphones |
| First Named Inventor/Applicant Name: | Logan Laycock |
| **Filer:** | Jonathan W. Richards/Joan Edginton |
| **Attorney Docket Number:** | 16059.1 |

Filed as Small Entity

**Utility    Filing Fees**

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| Post-Allowance-and-Post-Issuance: | | | | |
| **Extension-of-Time:** | | | | |
| Extension - 1 month with $0 paid | 2251 | 1 | 60 | 60 |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Miscellaneous: | | | | |
| | | | Total in USD ($) | 60 |

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 3431252 |
| **Application Number:** | 11224888 |
| **International Application Number:** | |
| **Confirmation Number:** | 3837 |
| **Title of Invention:** | Wired clothing and earphones |
| **First Named Inventor/Applicant Name:** | Logan  Laycock |
| **Customer Number:** | 22913 |
| **Filer:** | Jonathan W. Richards |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 16059.1 |
| **Receipt Date:** | 10-JUN-2008 |
| **Filing Date:** | 13-SEP-2005 |
| **Time Stamp:** | 17:33:53 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $60 |
| RAM confirmation Number | 2843 |
| Deposit Account | |
| Authorized User | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|

| 1 | | 16059_1_AmendmentA.pdf | 347946<br><br>84fb8190a3f7775895bcd23a01460bb173c17b24 | yes | 10 |
|---|---|---|---|---|---|
| | | **Multipart  Description/PDF files in .zip description** | | | |
| | | **Document Description** | **Start** | **End** | |
| | | Amendment - After Non-Final Rejection | 1 | 1 | |
| | | Claims | 2 | 6 | |
| | | Applicant Arguments/Remarks Made in an Amendment | 7 | 10 | |

| Warnings: |
|---|

| Information: |
|---|

| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 8135<br><br>f60a57050cf62af5dd326416972969d4d01759e | no | 2 |
|---|---|---|---|---|---|

| Warnings: |
|---|

| Information: |
|---|

| **Total Files Size (in bytes):** | 356081 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address. COMMISSIONER FOR PATENTS
P O Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059.1 | 3837 |

22913          7590          09/10/2008
WORKMAN NYDEGGER
60 EAST SOUTH TEMPLE
1000 EAGLE GATE TOWER
SALT LAKE CITY, UT 84111

| EXAMINER |
|---|
| ROBINSON, RYAN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2615 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 09/10/2008 | PAPER |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

PTOL-90A (Rev. 04/07)

| | **Application No.** | **Applicant(s)** |
|---|---|---|
| ***Office Action Summary*** | 11/224,888 | LAYCOCK ET AL. |
| | **Examiner** | **Art Unit** | |
| | RYAN C. ROBINSON | 2615 | |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address* --

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE 3 MONTH(S) OR THIRTY (30) DAYS, WHICHEVER IS LONGER, FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
  Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1)☒ Responsive to communication(s) filed on 10 June 2008.

2a)☒ This action is **FINAL**.     2b)☐ This action is non-final.

3)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4)☒ Claim(s) *1-21* is/are pending in the application.

　　4a) Of the above claim(s) *17-21* is/are withdrawn from consideration.

5)☒ Claim(s) *1-10* is/are allowed.

6)☒ Claim(s) *11-16* is/are rejected.

7)☐ Claim(s) _____ is/are objected to.

8)☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9)☐ The specification is objected to by the Examiner.

10)☒ The drawing(s) filed on *9/13/2005* is/are: a)☒ accepted or b)☐ objected to by the Examiner.

　　Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).

　　Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

11)☐ The oath or declaration is objected to by the Examiner. Note the attached Office Action or form PTO-152.

**Priority under 35 U.S.C. § 119**

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

　　a)☐ All  b)☐ Some * c)☐ None of:

　　　　1.☐ Certified copies of the priority documents have been received.

　　　　2.☐ Certified copies of the priority documents have been received in Application No. _____.

　　　　3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

　　* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**

1)☒ Notice of References Cited (PTO-892)

2)☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3)☐ Information Disclosure Statement(s) (PTO/SB/08) Paper No(s)/Mail Date _____.

4)☐ Interview Summary (PTO-413) Paper No(s)/Mail Date. _____ .

5)☐ Notice of Informal Patent Application

6)☐ Other: _____ .

Application/Control Number: 11/224,888                                    Page 2
Art Unit: 2614

## DETAILED ACTION

1.      The Art Unit location of your application in the PTO has changed. To aid in

correlating any papers for this application, all further correspondence regarding this

application should be directed to Group Art Unit **2615**.

2.      This communication is responsive to the applicant's response/amendment filed

on 6/10/2008.

3.      Claim 11 has been amended on 6/10/2008.

4.      Claims 17-21 have been canceled on 6/10/2008.

### *Claim Rejections - 35 USC § 112*

5.      The following is a quotation of the first paragraph of 35 U.S.C. 112:

> The specification shall contain a written description of the invention, and of the manner and process of
> making and using it, in such full, clear, concise, and exact terms as to enable any person skilled in the
> art to which it pertains, or with which it is most nearly connected, to make and use the same and shall
> set forth the best mode contemplated by the inventor of carrying out his invention.

6.      Claims 11-16 are rejected under 35 U.S.C. 112, first paragraph, as failing to

comply with the enablement requirement.  The claim(s) contains subject matter which

was not described in the specification in such a way as to enable one skilled in the art to

which it pertains, or with which it is most nearly connected, to make and/or use the

invention.

Application/Control Number: 11/224,888                                              Page 3
Art Unit: 2614

7.    As to claim 11, applicant claims a "*garment having at least one elongate internal*

*passageway*", and a "*conductive wire assembly at least partially enclosed with the at*

*least one internal passageway*". The conductive wire has "*a first length leading to at*

*least one earpiece*" and a "*second length of wire leading to a connector*". There is a

"first retractable dial" that is "*configured to selectively retract at least a portion of the first*

*end of the conductive wire assembly*" [leading to the at least one earpiece], and also

"*configured to selectively retract at least a portion of the second end of the conductive*

*wire assembly* [leading to the connector], *and wherein retraction of the second end of*

*the conductive wire assembly* [leading to the connector], *acts as a drawstring for a*

*garment*". The specification [Page 12, Para. 037] reads that retractable dials are

configured to selectively retract left and right wires in both directions. The dials are

shown in Fig. 2 (206, 208), and the second end travels through the passageway (Fig. 1,

element 126), since applicant discloses that the passageway houses the portion of

conductive wire leading to the connector, which corresponds to the claimed "*second*

*portion*" (Page 8, Para. 025, lines 1-3). However, in claim 11, applicant claims that

retraction of the second end of the wire will behave as a drawstring. It is unclear, in light

of the specification, how the second end retracting, when there is one earpiece, will

cause the wire to act as a drawstring, or how, if there are two earpieces as disclosed in

the drawings and specification, the second portion could retract at all.


8.    As to claim 12, applicant claims that the garment is selected from the group

consisting of "*a hat, a shirt, a pair of pants, a coat, and a jacket*". The drawings and

Application/Control Number: 11/224,888                                      Page 4
Art Unit: 2614

specification describe how a jacket or coat can be used with drawstrings as claimed in

claim 11, but not as to in what manner a drawstring could be incorporated into a hat, a

shirt or a pair of pants.


9.      As to claim 14, applicant claims a second retractable dial, configured to

selectively retract at least the second end of the conductive wire assembly, but the

drawings or specification do not describe how the second retractable dial is used with a

conductive wire serving as a drawstring.


### Response to Arguments

10.     Applicant's arguments, see pages 7-8, filed on 6/10/2008, with respect to claims

1-10 have been fully considered and are persuasive.  The rejection of claims 1-10 under

35 U.S.C. § 103(a) has been withdrawn.


11.     Applicant's arguments, see pages 9-10, filed on 6/10/2008, with respect to the

rejection(s) of claim(s) 11-16 under 35 U.S.C. § 102 have been fully considered and are

persuasive.  Therefore, the rejection has been withdrawn.  However, upon further

consideration, a new ground(s) of rejection is made in view of the lack of enablement in

claims 11-16.

Application/Control Number: 11/224,888                                    Page 5

Art Unit: 2614

### *Allowable Subject Matter*

12.     Claims 1-10 are allowed. The following is a statement of reasons for the

indication of allowable subject matter:  Claim 1 discloses the unique feature of having a

conductive wire slideable through the passageway, and acting as a drawstring for a

hooded garment. The closest prior art fails to teach a slidable conductive wire that acts

as a drawstring for a hood.


### *Conclusion*

Applicant's amendment necessitated the new ground(s) of rejection presented in

this Office action.  Accordingly, **THIS ACTION IS MADE FINAL**.  See MPEP

§ 706.07(a).  Applicant is reminded of the extension of time policy as set forth in 37

CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE

MONTHS from the mailing date of this action.  In the event a first reply is filed within

TWO MONTHS of the mailing date of this final action and the advisory action is not

mailed until after the end of the THREE-MONTH shortened statutory period, then the

shortened statutory period will expire on the date the advisory action is mailed, and any

extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of

the advisory action.  In no event, however, will the statutory period for reply expire later

than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Ryan C. Robinson whose telephone number is (571)

Application/Control Number: 11/224,888                                    Page 6
Art Unit: 2614

270-3956. The examiner can normally be reached on Monday through Friday from 9

am to 5 pm.

    If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Suhan Ni, can be reached on (571) 272-7505. The fax phone number for the

organization where this application or proceeding is assigned is (571) 273-8300.

    Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system.  Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).


Ryan Robinson


/Suhan Ni/

Primary Examiner, Art Unit 2614

| | Notice of References Cited | Application/Control No. 11/224,888 | Applicant(s)/Patent Under Reexamination LAYCOCK ET AL. | |
|---|---|---|---|---|
| | | Examiner RYAN C. ROBINSON | Art Unit 2615 | Page 1 of 1 |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-2001/0050991 | 12-2001 | Eves, David A. | 381/11 |
| * | B | US-2006/0185062 | 08-2006 | Peng et al. | 002/209.13 |
| * | C | US-2006/0182297 | 08-2006 | Cyr et al. | 381/333 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                  Notice of References Cited                  Part of Paper No. 20080903

E-filed

PATENT APPLICATION
Docket No. 16059.1

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                         )
                                                             )
            Logan Laycock et al.                     )
                                                             )
Serial No.:          11/224,888                              ) Art Unit
                                                             ) 4142
Filed:               09/13/2005                              )
                                                             )
Conf. No.:           3837                                    )
                                                             )
For:                 WIRED CLOTHING AND EARPHONES            )
                                                             )
Examiner:            Ryan C. Robinson                        )
                                                             )
Customer No.:        022913                                  )

### <u>AMENDMENT B</u>

Mail Stop AMENDMENT
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Sir:

In response to the Office action of September 10, 2008, please amend the above-identified application as follows:

**Amendments to the Claims** are reflected in the listing of claims which begins on page 2 of this paper.

**Remarks/Arguments** begin on page 6 of this paper.

Application No. 11/224,888
Amendment "B" dated December 10, 2008
Reply to Office Action mailed September 10, 2008

## AMENDMENTS TO THE CLAIMS

This listing of claims replaces all prior versions, and listings, of claims in the application:

## Listing of Claims:

1.     (Original) A combined garment and earphones, comprising:

a garment having a hood sized to be selectively worn over a user's head, the hood including an elongate internal passageway along the border of the hood, and having left and right apertures at each end of the passageway;

earphones, comprising:

a conductive wire assembly passing through the elongate internal passageway and having left and right lengths of wire exiting through the left and right apertures, respectively, wherein at least a portion of the conductive wire assembly is slideable within the passageway, and acts as a drawstring for the hood;

a left and a right earpiece configured to be worn in close proximity to the left and right ears of the user, the earpieces being electronically coupled to the left and right lengths of wire, respectively, and including transducers for emitting audio into the ears of the user; and

a connection between the earphones and an audio device for supplying an audio signal from the audio device to the earphones.

Application No. 11/224,888
Amendment "B" dated December 10, 2008
Reply to Office Action mailed September 10, 2008

2.     (Original) The combined garment and earphones as recited in claim 1, wherein the earphones further include left and right audio channels, the left channel being transmitted through the left length of wire, and the right channel being transmitted through the right length of wire.

3.     (Original) The combined garment and earphones as recited in claim 1, further comprising a second elongate internal passageway for housing the portion of the conductive wire assembly leading to the connector.

4.     (Original) The combined garment and earphones as recited in claim 1, wherein the elongate internal passageways are configured to be selectively opened to allow removal of the earphones and the conductive wire assembly.

5.     (Original) The combined garment and earphones as recited in claim 4, further comprising Velcro® strips for selectively sealing the elongate internal passageways.

6.     (Original) The combined garment and earphones as recited in claim 1, further comprising at least one internal chamber located on the garment for housing the audio device.

7.     (Original) The combined garment and earphones as recited in claim 6, wherein the at least one internal chamber is integrally connected to a second elongate internal passageway

Application No. 11/224,888
Amendment "B" dated December 10, 2008
Reply to Office Action mailed September 10, 2008

for providing an internal link between the audio device and the conductive connector of the earphones.

8.      (Original) The combined garment and earphones as recited in claim 1, further comprising:

a left retractable dial, wherein a portion of the left length of wire between the left aperture and the left earpiece travels through the left retractable dial, and wherein the left retractable dial is configured to selectively retract at least a portion of the left length of wire; and

a right retractable dial, wherein a portion of the right length of wire between the right aperture and the right earpiece travels through the right retractable dial, and wherein the right retractable dial is configured to selectively retract at least a portion of the right length of wire.

9.      (Original) The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the earpieces.

10.      (Original) The combined garment and earphones as recited in claim 8, wherein the left and right retractable dials are configured to selectively retract the right and left lengths of wire from the direction of the left and right apertures.

Application No. 11/224,888
Amendment "B" dated December 10, 2008
Reply to Office Action mailed September 10, 2008

11.     (Canceled)

12.     (Canceled)

13.     (Amended)  The combined garment and earphones of claim ~~11~~ 1, wherein the ~~connector~~ connection is selected from the group consisting of a physical electronic connection, and a wireless connection.

14.     (Canceled)

15.     (Canceled)

16.     (Canceled)

17.     (Canceled)

18.     (Canceled)

19.     (Canceled)

20.     (Canceled)

21.     (Canceled)

Application No. 11/224,888
Amendment "B" dated December 10, 2008
Reply to Office Action mailed September 10, 2008

## REMARKS

Following the entry of the amendments set forth above, the claims that remain pending are claims 1-10 and 13. In the pending Office Action, claims 1-10 were allowed. By this paper, claim 13 has been amended to depend from claim 1 and is allowable for the reasons previously articulated for allowance of claim 1. Finally, claims 11, 12 and 14-16 have been canceled. Therefore, the application is now in condition for immediate allowance. Prompt, favorable action is, therefore, courteously requested.

In the event that the Examiner finds remaining impediment to a prompt allowance of this application that may be clarified through a telephone interview, the Examiner is requested to contact the undersigned attorney.

SIGNED on this the _10th_ day of December, 2008.

Respectfully submitted,

Jonathan W. Richards
Registration No. 29,843
Attorney for Applicant
Customer No. 022913

JWR:opc
2204814_1.DOC

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4428965 |
| **Application Number:** | 11224888 |
| **International Application Number:** | |
| **Confirmation Number:** | 3837 |
| **Title of Invention:** | Wired clothing and earphones |
| **First Named Inventor/Applicant Name:** | Logan Laycock |
| **Customer Number:** | 22913 |
| **Filer:** | Jonathan W. Richards |
| **Filer Authorized By:** | |
| **Attorney Docket Number:** | 16059.1 |
| **Receipt Date:** | 10-DEC-2008 |
| **Filing Date:** | 13-SEP-2005 |
| **Time Stamp:** | 13:53:04 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | no |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | | 16059_1_AmendmentB.pdf | 180531<br>b392f0d6e7b4c0f7d54c02c308ba041a55132f | yes | 6 |

| Multipart Description/PDF files in .zip description | | |
|---|---|---|
| **Document Description** | **Start** | **End** |
| Amendment After Final | 1 | 1 |
| Claims | 2 | 5 |
| Applicant Arguments/Remarks Made in an Amendment | 6 | 6 |

**Warnings:**

**Information:**

| **Total Files Size (in bytes):** | 180531 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

| *Notice of Allowability* | Application No. | Applicant(s) |
|---|---|---|
| | 11/224,888 | LAYCOCK ET AL. |
| | Examiner | Art Unit | |
| | RYAN C. ROBINSON | 2614 | |

**-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--**

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *the amendment filed on 12/10/2008*.

2. ☒ The allowed claim(s) is/are *1-10 and 13*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

    a) ☐ All   b) ☐ Some*   c) ☐ None  of the:

       1. ☐ Certified copies of the priority documents have been received.

       2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

       3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the

          International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____ .

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.

    (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached

        1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____ .

    (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of

        Paper No./Mail Date _____ .

    **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)

2. ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)

3. ☐ Information Disclosure Statements (PTO/SB/08),
    Paper No./Mail Date _____

4. ☐ Examiner's Comment Regarding Requirement for Deposit
    of Biological Material

5. ☐ Notice of Informal Patent Application

6. ☐ Interview Summary (PTO-413),
    Paper No./Mail Date _____ .

7. ☐ Examiner's Amendment/Comment

8. ☒ Examiner's Statement of Reasons for Allowance

9. ☐ Other _____ .

/Suhan Ni/
Primary Examiner, Art Unit 2614

Application/Control Number: 11/224,888                                    Page 2
Art Unit: 2614

## DETAILED ACTION

1.    The Art Unit location of your application in the PTO has changed. To aid in

correlating any papers for this application, all further correspondence regarding this

application should be directed to Group Art Unit **2614.**


2.    This communication is responsive to the applicant's response/amendment filed

on 12/10/2008.


### *Allowable Subject Matter*

1.    Claims 1-10 and 13 are allowed. The following is a statement of reasons for the

indication of allowable subject matter: As set forth in the previous action, claim 1

discloses the unique feature of having a conductive wire slideable through the

passageway, and acting as a drawstring for a hooded garment. The closest prior art

fails to teach a slidable conductive wire that acts as a drawstring for a hood. Claim 13

was amended to be dependent on allowable claim 1, and is therefore allowable.


### *Conclusion*

Any inquiry concerning this communication or earlier communications from the

examiner should be directed to Ryan C. Robinson whose telephone number is (571)

270-3956.  The examiner can normally be reached on Monday through Friday from 9

am to 5 pm.

Application/Control Number: 11/224,888                                   Page 3
Art Unit: 2614

   If attempts to reach the examiner by telephone are unsuccessful, the examiner's

supervisor, Curtis Kuntz, can be reached on (571) 272-7499. The fax phone number for

the organization where this application or proceeding is assigned is (571) 273-8300.

   Information regarding the status of an application may be obtained from the

Patent Application Information Retrieval (PAIR) system. Status information for

published applications may be obtained from either Private PAIR or Public PAIR.

Status information for unpublished applications is available through Private PAIR only.

For more information about the PAIR system, see http://pair-direct.uspto.gov. Should

you have questions on access to the Private PAIR system, contact the Electronic

Business Center (EBC) at 866-217-9197 (toll-free).


Ryan Robinson

/Suhan Ni/
Primary Examiner, Art Unit 2614

| *Notice of References Cited* | Application/Control No. 11/224,888 | Applicant(s)/Patent Under Reexamination LAYCOCK ET AL. | | |
|---|---|---|---|---|
| | Examiner RYAN C. ROBINSON | Art Unit 2614 | Page 1 of 1 | |

### U.S. PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| * | A | US-7,251,332 | 07-2007 | Eves, David A. | 381/11 |
| * | B | US-2006/0185062 | 08-2006 | Peng et al. | 002/209.13 |
| * | C | US-2006/0182297 | 08-2006 | Cyr et al. | 381/333 |
| | D | US- | | | |
| | E | US- | | | |
| | F | US- | | | |
| | G | US- | | | |
| | H | US- | | | |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

### FOREIGN PATENT DOCUMENTS

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

### NON-PATENT DOCUMENTS

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages) |
|---|---|---|
| | U | |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    **Notice of References Cited**                    Part of Paper No. 20081217

 UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| 22913 | 7590 | 12/22/2008 |
|---|---|---|

Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

| EXAMINER |
|---|
| ROBINSON, RYAN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2614 | |

DATE MAILED: 12/22/2008

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059 1 | 3837 |

TITLE OF INVENTION: WIRED CLOTHING AND EARPHONES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $0 | $0 | $755 | 03/23/2009 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE DOES NOT REFLECT A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE IN THIS APPLICATION. IF AN ISSUE FEE HAS PREVIOUSLY BEEN PAID IN THIS APPLICATION (AS SHOWN ABOVE), THE RETURN OF PART B OF THIS FORM WILL BE CONSIDERED A REQUEST TO REAPPLY THE PREVIOUSLY PAID ISSUE FEE TOWARD THE ISSUE FEE NOW DUE.

**HOW TO REPLY TO THIS NOTICE:**

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL, or its equivalent, must be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted. If an equivalent of Part B is filed, a request to reapply a previously paid issue fee must be clearly made, and delays in processing may occur due to the difficulty in recognizing the paper as an equivalent of Part B.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.**

Page 1 of 3

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** **Mail**  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
**or Fax** (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required) Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note. Use Block 1 for any change of address)

22913        7590        12/22/2008

Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)

_____ (Signature)

_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059 1 | 3837 |

TITLE OF INVENTION: WIRED CLOTHING AND EARPHONES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $0 | $0 | $755 | 03/23/2009 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ROBINSON, RYAN C | 2614 | 381-301000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list

(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,

(2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1 _____

2 _____

3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent) : ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are submitted:

☐ Issue Fee

☐ Publication Fee (No small entity discount permitted)

☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (**Please first reapply any previously paid issue fee shown above**)

☐ A check is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. **Change in Entity Status** (from status indicated above)

☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.

☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____        Date _____

Typed or printed name _____        Registration No _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059.1 | 3837 |

| 22913 | 7590 | 12/22/2008 |
|---|---|---|

Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

| EXAMINER |
|---|
| ROBINSON, RYAN C |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2614 | |

DATE MAILED: 12/22/2008

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 445 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 445 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at 1-(888)-786-0101 or (571)-272-4200.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.

## PART B - FEE(S) TRANSMITTAL

**Complete and send this form, together with applicable fee(s), to:** Mail Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or Fax (571)-273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

| CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address) | |
|---|---|
| 22913     7590     12/22/2008<br><br>Workman Nydegger<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, UT 84111 | Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.<br><br>**Certificate of Mailing or Transmission**<br>I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.<br><br>_____ (Depositor's name)<br>_____ (Signature)<br>_____ (Date) |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 09/13/2005 | Logan Laycock | 16059.1 | 3837 |

TITLE OF INVENTION: WIRED CLOTHING AND EARPHONES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE DUE | PUBLICATION FEE DUE | PREV. PAID ISSUE FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|---|
| nonprovisional | YES | $755 | $0 | $0 | $755 | 03/23/2009 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| ROBINSON, RYAN C | 2614 | 381-301000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively,  1. _____
(2) the name of a single firm (having as a member a registered patent attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.  2. _____
3. _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)

PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent):   ☑ Individual   ☐ Corporation or other private group entity   ☐ Government

4a. The following fee(s) are submitted:
☑ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s): (Please first reapply any previously paid issue fee shown above)
☐ A check is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☑ The Director is hereby authorized to charge the required fee(s), any deficiency, or credit any overpayment, to Deposit Account Number 23-3178 (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____   Date 07-JAN-2009

Typed or printed name JONATHAN W. RICHARDS   Registration No. 29,843

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 08/07) Approved for use through 08/31/2010.     OMB 0651-0033     U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

# Electronic Patent Application Fee Transmittal

| | |
|---|---|
| **Application Number:** | 11224888 |
| **Filing Date:** | 13-Sep-2005 |
| **Title of Invention:** | WIRED CLOTHING AND EARPHONES |
| **First Named Inventor/Applicant Name:** | Logan Laycock |
| **Filer:** | Jonathan W. Richards/Anne Hendrickson |
| **Attorney Docket Number:** | 16059.1 |

Filed as Small Entity

## Utility under 35 USC 111(a) Filing Fees

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| **Basic Filing:** | | | | |
| **Pages:** | | | | |
| **Claims:** | | | | |
| **Miscellaneous-Filing:** | | | | |
| **Petition:** | | | | |
| **Patent-Appeals-and-Interference:** | | | | |
| **Post-Allowance-and-Post-Issuance:** | | | | |
| Utility Appl issue fee | 2501 | 1 | 755 | 755 |
| **Extension-of-Time:** | | | | |

| Description | Fee Code | Quantity | Amount | Sub-Total in USD($) |
|---|---|---|---|---|
| Miscellaneous: | | | | |
| | | **Total in USD ($)** | | **755** |

## Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFS ID:** | 4909856 |
| **Application Number:** | 11224888 |
| **International Application Number:** | |
| **Confirmation Number:** | 3837 |
| **Title of Invention:** | WIRED CLOTHING AND EARPHONES |
| **First Named Inventor/Applicant Name:** | Logan  Laycock |
| **Customer Number:** | 22913 |
| **Filer:** | Jonathan W. Richards/Anne Hendrickson |
| **Filer Authorized By:** | Jonathan W. Richards |
| **Attorney Docket Number:** | 16059.1 |
| **Receipt Date:** | 05-MAR-2009 |
| **Filing Date:** | 13-SEP-2005 |
| **Time Stamp:** | 13:55:13 |
| **Application Type:** | Utility under 35 USC 111(a) |

## Payment information:

| | |
|---|---|
| Submitted with Payment | yes |
| Payment Type | Credit Card |
| Payment was successfully received in RAM | $755 |
| RAM confirmation Number | 9628 |
| Deposit Account | 233178 |
| Authorized User | RICHARDS,JONATHAN W. |
| The Director of the USPTO is hereby authorized to charge indicated fees and credit any overpayment as follows: | |
| Charge any Additional Fees required under 37 C.F.R. Section 1.20 (Post Issuance fees) | |

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Issue Fee Payment (PTO-85B) | 16059_1_Issue_Fee.pdf | 204452 <br> 0f75f408942bfa30aa334d3ace164323d7d37f60 | no | 1 |

**Warnings:**

**Information:**

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 2 | Fee Worksheet (PTO-06) | fee-info.pdf | 30179 <br> fa5978247bde0ee9d5c66734aa1d327848e6171b | no | 2 |

**Warnings:**

**Information:**

| | | | |
|---|---|---|---|
| | **Total Files Size (in bytes):** | 234631 | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.

**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.

**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

 U̲NITED̲ S̲TATES̲ P̲ATENT AND̲ T̲RADEMARK̲ O̲FFICE̲

**UNITED STATES DEPARTMENT OF COMMERCE**
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | ISSUE DATE | PATENT NO. | ATTORNEY DOCKET NO | CONFIRMATION NO. |
|---|---|---|---|---|
| 11/224,888 | 04/14/2009 | 7519192 | 16059.1 | 3837 |

22913        7590        03/25/2009

Workman Nydegger
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

# ISSUE NOTIFICATION

The projected patent number and issue date are specified above.

### Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
### (application filed on or after May 29, 2000)

The Patent Term Adjustment is 445 day(s). Any patent to issue from the above-identified application will include an indication of the adjustment on the front page.

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571)-272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (571)-272-4200.

APPLICANT(s) (Please see PAIR WEB site http://pair.uspto.gov for additional applicants):

Logan Laycock, Alpine, UT;
Landon Laycock, Alpine, UT;
Larry R. Laycock, Alpine, UT;

IR103 (Rev 11/05)

$C$ OF $C$

 **WORKMAN | NYDEGGER**
INTELLECTUAL PROPERTY ATTORNEYS

1000 Eagle Gate Tower, 60 East South Temple | Salt Lake City, Utah 84111
Tel (801) 533-9800 | Fax: (801) 328-1707 | www.wnlaw.com

**PATENT**
Docket No. 16059.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

| | | |
|---|---|---|
| | Laycock et al. | |
| Serial No.: | 11/224,888 | |
| Filed: | Sep. 13, 2005 | Art Unit 2643 |
| Confirmation No.: | 3837 | |
| For: | *WIRED CLOTHING AND EARPHONES* | |
| Examiner: | Suhan Ni and Ryan C. Robinson | |
| Patent No.: | 7,519,192 B1 | |
| Issue Date: | Apr. 14, 2009 | |

<u>**REQUEST FOR A CERTIFICATE OF CORRECTION**</u>
<u>**UNDER 37 C.F.R. § 1.323**</u>

Attention:  Certificate of Corrections Branch
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

**Certificate**
**SEP 1 5 2009**
**of Correction**

Dear Commissioner:

    In accordance with the provisions of 37 C.F.R. § 1.323, which implements 35 U.S.C. § 255, the Director is respectfully requested to issue a Certificate of Correction to correct mistakes in the above-identified patent.  The enclosed Patent Office Form PTO/SB/44 reflects the desired corrections.

    Payment in the amount of $100, as set forth in 37 C.F.R. § 1.20(a) is submitted herewith to cover the costs for issuance of the requested Certificate of Correction.  The Commissioner is hereby authorized to charge payment of any of the following fees that may be applicable to this communication, or credit any overpayment, to Deposit Account No. 23-3178: (1) any filing fees required under 37 CFR § 1.16; (2) any patent application and reexamination processing fees under 37 CFR § 1.17; and/or (3) any post issuance fees under 37 CFR § 1.20. In addition, if any additional extension of time is required, which has not otherwise been requested, please consider

this a petition therefore and charge any additional fees that may be required to Deposit Account No. 23-3178.

Dated this _____4ᵗʰ_____ day of _____September_____, 2009_____.

Respectfully submitted,

Jonathan W. Richards
Attorney for Applicant
Registration No.: 29,843
Customer No. 022913

WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Phone: 801-533-9800
Fax: 801-328-1707

## CERTIFICATE OF DEPOSIT UNDER 37 C.F.R. § 1.8

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to: Attention: Certificate of Correctias Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this _____4ᵗʰ_____ day of _____Sept.____, 2009.

Respectfully submitted,

Transmitted:   REQUEST FOR A CERTIFICATE OF CORRECTION UNDER 37 C.F.R. § 1.323
              PTO Form PTO/SB/44 and check No. __164935__ in the amount of $100

2



**WORKMAN | NYDEGGER**
INTELLECTUAL PROPERTY ATTORNEYS

1000 EAGLE GATE TOWER, 60 EAST SOUTH TEMPLE  |  SALT LAKE CITY, UTAH 84111
TEL: (801) 533-9800  |  FAX: (801) 328-1707  |  WWW.WNLAW.COM

PATENT
Docket No. 16059.1

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of

|  |  |  |
|---|---|---|
| | Laycock et al. | |
| Serial No.: | 11/224,888 | Art Unit |
| Filed: | Sep. 13, 2005 | 2643 |
| Confirmation No.: | 3837 | |
| For: | *WIRED CLOTHING AND EARPHONES* | |
| Examiner: | Suhan Ni and Ryan C. Robinson | |
| Patent No.: | 7,519,192 B1 | |
| Issue Date: | Apr. 14, 2009 | |

## REQUEST FOR A CERTIFICATE OF CORRECTION
## UNDER 37 C.F.R. § 1.323

Attention: Certificate of Corrections Branch
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Dear Commissioner:

   In accordance with the provisions of 37 C.F.R. § 1.323, which implements 35 U.S.C. § 255, the Director is respectfully requested to issue a Certificate of Correction to correct mistakes in the above-identified patent. The enclosed Patent Office Form PTO/SB/44 reflects the desired corrections.

   Payment in the amount of $100, as set forth in 37 C.F.R. § 1.20(a) is submitted herewith to cover the costs for issuance of the requested Certificate of Correction. The Commissioner is hereby authorized to charge payment of any of the following fees that may be applicable to this communication, or credit any overpayment, to Deposit Account No. 23-3178: (1) any filing fees required under 37 CFR § 1.16; (2) any patent application and reexamination processing fees under 37 CFR § 1.17; and/or (3) any post issuance fees under 37 CFR § 1.20. In addition, if any additional extension of time is required, which has not otherwise been requested, please consider

this a petition therefore and charge any additional fees that may be required to Deposit Account No. 23-3178.

Dated this ____4ᵗʰ____ day of __September, 2009_____.

Respectfully submitted,

_Jon Richards_

Jonathan W. Richards
Attorney for Applicant
Registration No.: 29,843
Customer No. 022913

WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
Phone: 801-533-9800
Fax: 801-328-1707

## CERTIFICATE OF DEPOSIT UNDER 37 C.F.R. § 1.8

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to: Attention: Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450, on this ___4ᵗʰ___ day of __Sept.____ , __2009__.

Respectfully submitted,

_Jon Richards_

Transmitted:      REQUEST FOR A CERTIFICATE OF CORRECTION UNDER 37 C.F.R. § 1.323
                  PTO Form PTO/SB/44 and check No. _164955___ in the amount of $100

2

PTO/SB/44 (09-07)
Approved for use through 08/31/2010. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page __1__ of __1__

PATENT NO.        : 7,519,192 B1

APPLICATION NO.: 11/224,888

ISSUE DATE       : Apr. 14, 2009

INVENTOR(S)       : Laycock et al.

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3
Line 26, change "show" to --shown--

Column 5
Line 67, change "least" to --least a--

Column 7
Line 19, change "assembly" to --assembly 308--
Line 29, change "wire" to --wire 310--
Line 58, change "a elongate internal passageways" to --at least one elongate internal passageway--

MAILING ADDRESS OF SENDER (Please do not use customer number)

JONATHAN W. RICHARDS, WORKMAN NYDEGGER
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, Utah 84111

This collection of information is required by 37 CFT 1.322, 1.323, and 1.324.  The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

PTO/SB/44 (09-07)
Approved for use through 08/31/2010. OMB 0651-0033
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.
(Also Form PTO-1050)

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

Page __1__ of __1__

PATENT NO.      : 7,519,192 B1

APPLICATION NO.: 11/224,888

ISSUE DATE      : Apr. 14, 2009

INVENTOR(S)     : Laycock et al.

It is certified that an error appears or errors appear in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 3
Line 26, change "show" to --shown--

Column 5
Line 67, change "least" to --least a--

Column 7
Line 19, change "assembly" to --assembly 308--
Line 29, change "wire" to --wire 310--
Line 58, change "a elongate internal passageways" to --at least one elongate internal passageway--

MAILING ADDRESS OF SENDER (Please do not use customer number)

**JONATHAN W. RICHARDS, WORKMAN NYDEGGER**
**1000 Eagle Gate Tower**
**60 East South Temple**
**Salt Lake City, Utah 84111**

This collection of information is required by 37 CFT 1.322, 1.323, and 1.324. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 1.0 hour to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Attention Certificate of Corrections Branch, Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 7,519,192 B1                                    Page 1 of 1
APPLICATION NO. : 11/224888
DATED                  : April 14, 2009
INVENTOR(S)       : Laycock et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 3
Line 26, change "show" to --shown--

Column 5
Line 67, change "least" to --least a--

Column 7
Line 19, change "assembly" to --assembly 308--
Line 29, change "wire" to --wire 310--
Line 58, change "a elongate internal passageways" to --at least one elongate internal
passageway--

Signed and Sealed this

Thirteenth Day of October, 2009

David J. Kappos
*Director of the United States Patent and Trademark Office*

AO 121

| To:   Mail Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action

has been filed in the U.S. District Court **for the District of Utah** on the following   [✱] Patents   [ ] Trademarks:

| DOCKET NO.<br>**2:10cv665-DAK** | DATE FILED<br>7/15/2010 | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|

| PLAINTIFF<br><br>LL&L Innovations | DEFENDANT<br><br>Jerry Leigh of California<br><br>Kohl's Corporation, Rusty North<br>America, Hot Topic Merchandising<br><br>JC Penney Company |
|---|---|

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,519,192 | 4/14/2009 | LL&L Innovations |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :   1) Upon initiation of action<br>mail copy to Commissioner &<br>lodge a copy in the file   2) Upon filing of document adding copyright(s),<br>mail copy to Commissioner &<br>lodge a copy in the file   3) Upon termination of action ,<br>mail copy to Registrar of Copyrights &<br>lodge a copy in the file.

AO 121

| To: | Mall Stop 8<br>Director of Patents and Trademarks<br>PO BOX 1450<br>Alexandria VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116, you are hereby advised that a court action

has been filed in the U.S. District Court <u>for the District of Utah</u> on the following  [✱] Patents  [ ] Trademarks:

| DOCKET NO.<br>2:10-cv-829 | DATE FILED<br>8/20/10 | U.S. DISTRICT COURT<br>**Central District of Utah**<br>**350 South Main Street, Room 150, Salt Lake City, UT 84101** |
|---|---|---|
| PLAINTIFF<br>**LL&L Innovations**<br>, **Lowdown Distribution** | | DEFENDANT<br>**Jerry Leigh of California**<br>**Kohl's**<br>**JC Penney et al** |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT OR<br>TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 7,519,192 B1 | 04/14/09 | LL&L Innovations |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following patents(s) have been included:

| DATE INCLUDED | INCLUDED BY [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading | |
|---|---|---|
| **PATENT OR<br>TRADEMARK NO.** | **DATE OF PATENT OR<br>TRADEMARK** | **HOLDER OF PATENT OR TRADEMARK** |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, a final decision had been rendered or judgment issued:

| DECISION / JUDGMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

DISTRIBUTION :

1) Upon initiation of action
mail copy to Commissioner &
lodge a copy in the file

2) Upon filing of document adding copyright(s),
mail copy to Commissioner &
lodge a copy in the file

3) Upon termination of action ,
mail copy to Registrar of Copyrights &
lodge a copy in the file.

# Inventor Information for 11/224888

| Inventor Name | City | State/Country |
|---|---|---|
| LAYCOCK, LOGAN | ALPINE | UTAH |
| LAYCOCK, LANDON | ALPINE | UTAH |
| LAYCOCK, LARRY R. | ALPINE | UTAH |

Appln Info  |  Contents  |  Petition Info  |  Atty/Agent Info  |  Continuity/Reexam  |  Foreign Data  | Inv

Search Another: Application # [          ]  Search    or Patent# [          ]  Search
PCT / [      ] / [      ]    Search    or PG PUBS # [          ]  Search
Attorney Docket # [                  ]    Search
Bar Code # [              ]    Search

To go back, right click here and select Back. To go forward, right click here and select Forward. To refresh, right click here and select Refresh.
Back to <u>OASIS</u> | Home page

## Display Sets

### Search History

[Database Details]

| Set | Term Searched | Items | |
|-----|---------------|-------|---|
| S1 | EARPHONE | 1256 | [Display] |
| S2 | ?PHONE? ? | 1 | [Display] |
| S3 | EARPHONE? ? | 2867 | [Display] |
| S4 | CLOTHING (January 2004) | 46966 | [Display] |
| S5 | S3 (N) S4 | 0 | [Display] |
| S6 | S3 (5N) S4 | 0 | [Display] |
| S7 | GARMENT | 10094 | [Display] |
| S8 | HEADPHONE? ? | 4291 | [Display] |
| S9 | (S3 OR S8) (5N) (S4 OR S7) | 0 | [Display] |
| S10 | (S3 OR S8) AND (S4 OR S7) | 28 | [Display] |

Format
[Free ▼]

Number of Records
[10]

Show Database Details for:
[2: Inspec (1898-present) ▼]   [Bluesheet] [Rates]

[Fields]   [Formats]   [Sorts]   [Limits]   [Tags]

© 2008 Dialog, a Thomson business

EAST Search History

# EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| S1 | 103 | 381/301.CCLS. | US-PGPUB; USPAT | ADJ | OFF | 2008/01/23 11:52 |
| S2 | 253 | 381/333.CCLS. | US-PGPUB; USPAT | ADJ | OFF | 2008/01/23 12:42 |
| S3 | 195 | 381/333.CCLS. NOT S1 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/23 12:42 |
| S4 | 0 | jacket NEAR3 headphones | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:11 |
| S5 | 1 | jacket NEAR3 headphone | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:11 |
| S6 | 195 | jacket NEAR3 $phone$2 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:12 |
| S7 | 241 | clothing NEAR3 $phone$2 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:30 |
| S8 | 14 | wired NEAR3 clothing | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:46 |
| S9 | 382 | wire NEAR3 clothing | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:49 |
| S10 | 58 | audio NEAR3 clothing | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:49 |
| S11 | 0 | "20060182297".uref. | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:56 |
| S12 | 11 | wired NEAR4 garment | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 09:59 |
| S13 | 56 | audio NEAR4 garment | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 10:01 |
| S14 | 4 | audio NEAR4 garment AND hood$2 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 10:17 |
| S15 | 1 | ("2319927").PN. | EPO | OR | OFF | 2008/01/28 10:23 |

EAST Search History

| S16 | 1 | ("5757929").PN. | US-PGPUB; USPAT | OR | OFF | 2008/01/28 10:24 |
|-----|-----|-----|-----|-----|-----|-----|
| S17 | 5 | drawstring NEAR6 $phone$2 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 10:51 |
| S18 | 9 | drawstring NEAR6 wire$2 AND clothing | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 10:54 |
| S19 | 5 | drawstring NEAR6 wire$2 AND hood$2 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 10:55 |
| S20 | 239 | electronic NEAR5 garment | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 11:05 |
| S21 | 25 | electronic NEAR5 garment AND hood | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 11:06 |
| S22 | 34 | clothes NEAR5 audio | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 13:42 |
| S23 | 3 | $phone$2 NEAR4 drawstring | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 13:50 |
| S24 | 66 | wire NEAR4 drawstring | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 13:56 |
| S25 | 614 | (clothing OR clothes) NEAR5 $phone$1 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 14:05 |
| S27 | 186 | (clothing OR clothes) NEAR5 $phone$1 AND (@rlad<"20050913") | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 14:10 |
| S28 | 186 | (clothing OR clothes) NEAR5 $phone$1 AND (@rlad<"20050913") | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 14:11 |
| S29 | 186 | (clothing OR clothes) NEAR5 $phone$1 AND (@rlad<"20050913") | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 14:12 |

EAST Search History

| S30 | 99 | (("6091832") or ("5617477") or ("5682434") or ("5687245") or ("6097822") or ("20040037051") or ("4939912") or ("5235822") or ("5438698") or ("20060062413") or ("5694475") or ("5737436") or ("4864619") or ("6144864") or ("20040114777") or ("4764962") or ("7035422") or ("5457751") or ("5563951") or ("5664019") or ("5757929") or ("20070091557") or ("4412106") or ("4825471") or ("5815579") or ("6792124") or ("20030108217") or ("5422957") or ("5506911") or ("5642426") or ("20060045304") or ("5913163") or ("4555167") or ("5815126") or ("4620068") or ("RE35051") or ("5680465") or ("5953434") or ("20040165720") or ("6011686") or ("20070014426") or ("4352353") or ("5353205") or ("20070201717") or ("5245666") or ("5764778") or ("6129175") or ("20010053228") or ("20060153409") or ("20070127747") or ("20050220319") or ("20070036376") or ("6163711") or ("4539708") or ("6950627") or ("20040192362") or ("20050281414") or ("20060253625") or ("20060264176") or ("20070025579") or ("20070141917") or ("5367345") or ("5608808") or ("4428270") or ("5691514") or ("6069964") or ("4567881") or ("5435185") or ("5737389") or ("6402546") or ("6614722") or ("6623294") or ("6954405") or ("20020122353") or ("20030008550") or ("20040120219") or ("5393257") or ("5732143") or ("5825897") or ("6061456") or ("6061456") or ("5465421") or | US-PGPUB; USPAT | OR | OFF | 2008/01/28 15:02 |

EAST Search History

| | | | | | | |
|---|---|---|---|---|---|---|
| | | ("5600714") or ("4788724") or ("4856086") or ("4856087") or ("4974762") or ("4988314") or ("5201003") or ("5280651") or ("RE34525") or ("5339461") or ("5854844") or ("5892564") or ("6084950") or ("6104819") or ("6157291") or ("6233345") or ("6242711") or ("6427018") or (").pn.")).PN. | | | | |
| S32 | 11 | ("4245136" \| "4539700" \| "4621372" \| "4876724" \| "5109410" \| "5515442" \| "5757929" \| "5978689" \| "6091832" \| "6700981" \| "6748095").PN. | US-PGPUB; USPAT | ADJ | OFF | 2008/01/28 16:22 |
| S33 | 0 | ("10557491").PN. | US-PGPUB; USPAT | OR | OFF | 2008/01/28 16:35 |
| S34 | 1 | ("20070063835").PN. | US-PGPUB; USPAT | OR | OFF | 2008/01/28 16:37 |
| S35 | 196 | wired SAME clothing | US-PGPUB; USPAT | ADJ | OFF | 2008/01/29 08:34 |
| S36 | 6 | electronic SAME garment SAME washable | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 09:57 |
| S37 | 30 | electronic SAME garment SAME removable | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 09:59 |
| S45 | 163 | wire$3 SAME garment AND retract$4 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 11:40 |
| S46 | 48 | $phone$1 SAME garment AND retract$4 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 11:44 |
| S47 | 0 | $phone$1 SAME seperately AND retract$4 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 15:35 |
| S48 | 2 | $phone$1 AND seperately AND retract$4 | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 15:37 |
| S49 | 80 | $phone$1 AND ((left NEAR4 right) NEAR5 retract$4) | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 15:38 |
| S50 | 3 | $phone$1 AND ((left NEAR4 right) NEAR5 retract$4) AND dial | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 15:44 |

EAST Search History

| S51 | 12 | wire AND ((left NEAR4 right) NEAR5 retract$4) AND dial | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 15:50 |
| S52 | 137 | $phone$1 AND (retract$4 SAME dial) | US-PGPUB; USPAT | ADJ | OFF | 2008/01/30 15:52 |
| S53 | 25 | ($phone$1 SAME garment) AND hat AND pants | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 08:26 |
| S54 | 24 | (wire$1 SAME garment) AND hat AND pants | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 08:41 |
| S55 | 52 | ($phone$1 SAME clothing) AND hat AND pants | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 08:47 |
| S57 | 137 | audio AND pants AND hat | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 11:13 |
| S58 | 7 | earphones AND pants AND hat | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 11:36 |
| S59 | 259 | electronic$4 NEAR4 garment | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 11:43 |
| S60 | 5 | (electronic$4 NEAR4 garment) AND pants AND hat | US-PGPUB; USPAT | ADJ | OFF | 2008/01/31 11:50 |
| S61 | 149 | hat NEAR4 $phone$1 | US-PGPUB; USPAT | ADJ | OFF | 2008/02/04 09:33 |
| S62 | 16 | hat NEAR4 $phone$1 AND retract$4 | US-PGPUB; USPAT | ADJ | OFF | 2008/02/04 09:41 |
| S65 | 1 | ("6460651").PN. | US-PGPUB; USPAT | OR | OFF | 2008/02/05 10:51 |
| S66 | 1 | ("5847333").PN. | US-PGPUB; USPAT | OR | OFF | 2008/02/05 10:52 |
| S67 | 1 | ("2234007").PN. | US-PGPUB; USPAT | OR | OFF | 2008/02/05 10:53 |
| S68 | 170 | garment component | US-PGPUB; USPAT | ADJ | OFF | 2008/02/06 09:16 |
| S69 | 5 | garment component.TI. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/06 09:17 |

EAST Search History

| S70 | 0 | "20020076949".UREF. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/06 09:21 |
|-----|-----|--------------------|-----------------|-----|-----|------------------|
| S71 | 1 | ("2002/0076949").URPN. | USPAT | ADJ | OFF | 2008/02/06 09:22 |
| S72 | 1 | Garment with removable electronic devices.TI. | USPAT | ADJ | OFF | 2008/02/06 09:30 |
| S73 | 276 | 381/388.CCLS. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/06 11:16 |
| S74 | 35 | audio$3 SAME garment AND retract$4 | US-PGPUB; USPAT | ADJ | OFF | 2008/02/06 16:50 |
| S75 | 211 | 381/300.CCLS. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 08:17 |
| S77 | 280 | 381/309.CCLS. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 08:38 |
| S78 | 11 | 381/309.CCLS. AND (clothes OR jacket OR garment) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 08:42 |
| S79 | 11 | 381/380.CCLS. AND (clothes OR jacket OR garment OR hat) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 08:46 |
| S80 | 20 | 381/385.CCLS. AND (clothes OR jacket OR garment OR hat) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 08:47 |
| S88 | 38 | 381/370.CCLS. AND (clothes OR jacket OR garment OR hat) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:05 |
| S89 | 24 | 381/376.CCLS. AND (clothes OR jacket OR garment OR hat) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:12 |
| S90 | 2 | 381/382.CCLS. AND (clothes OR jacket OR garment OR hat) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:16 |
| S91 | 100 | 2/209.CCLS. AND ($phone$1 OR stereo OR audio OR listen $3) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:17 |
| S92 | 24 | 2/906.CCLS. AND ($phone$1 OR stereo OR audio OR listen $3) | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:24 |
| S93 | 410 | 381/370.CCLS. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:26 |
| S94 | 3 | "381".CLAS. AND drawstring | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:38 |

EAST Search History

| S95 | 1 | ("5257420").PN. | US-PGPUB; USPAT | OR | OFF | 2008/02/11 09:42 |
|---|---|---|---|---|---|---|
| S96 | 2 | kenpo.AS. | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 09:56 |
| S97 | 0 | retractable audio connnector | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 16:56 |
| S98 | 0 | retractable connnector NEAR $phone$1 | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 16:56 |
| S99 | 554 | retractable NEAR6 $phone$1 | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 17:15 |
| S100 | 0 | retract$4 audio connnector | US-PGPUB; USPAT | ADJ | OFF | 2008/02/11 17:15 |
| S101 | 0 | retract$4 audio connnector | US-PGPUB; USPAT | SAME | OFF | 2008/02/11 17:15 |
| S102 | 46 | retract$4 audio (connnector OR plug) | US-PGPUB; USPAT | SAME | OFF | 2008/02/11 17:16 |
| S103 | 8 | retract$4 audio (connnector OR plug) AND (jacket or coat) | US-PGPUB; USPAT | SAME | OFF | 2008/02/12 11:15 |
| S104 | 271 | retract$4 AND audio AND (connnector OR plug) AND (jacket or coat) | US-PGPUB; USPAT | SAME | OFF | 2008/02/12 11:16 |
| S105 | 654 | retract$4 AND (audio OR $phone$1) AND (connnector OR plug) AND (jacket or coat) | US-PGPUB; USPAT | SAME | OFF | 2008/02/12 11:17 |
| S106 | 95 | retract$4 AND ((audio OR $phone$1) SAME (jacket or coat)) AND (connnector OR plug) | US-PGPUB; USPAT | SAME | OFF | 2008/02/12 11:18 |
| S107 | 311 | retract$4 NEAR5 (connnector OR plug) AND (audio OR $phone$1) | US-PGPUB; USPAT | SAME | OFF | 2008/02/12 11:30 |

2/13/2008 11:35:54 AM
C:\ Documents and Settings\ rrobinson\ My Documents\ EAST\ Workspaces\ 11224888 - Wired Clothing and Earphones.wsp



Home | Login | Logout | Access Information | Alerts | Purchase History | Cart | Sitemap | H

Welcome United States Patent and Trademark Office

◎ Search Session History

BROWSE          SEARCH          IEEE XPLORE GUIDE          SUPPORT

Tue, 12 Feb 2008, 3:58:06 PM EST

Edit an existing query or
compose a new query in the
Search Query Display.

**Search Query Display**

Select a search number (#)
to:

- Add a query to the Search
  Query Display
- Combine search queries
  using AND, OR, or NOT
- Delete a search
- Run a search

Recent Search Queries                                                                    Ref

#1      (clothing <in> metadata)

#2      ((clothing and headphones)<in>metadata)

#3      ((garment and headphones)<in>metadata)

#4      ((jacket and headphones)<in>metadata)

#5      ((jacket and earphones)<in>metadata)

#6      ((clothing and earphones)<in>metadata)

#7      ((garment and earphones)<in>metadata)

#8      ((garment and wired)<in>metadata)

#9      ((clothing and wired)<in>metadata)

#10     ((clothing and wired)<in>metadata)

#11     ((jacket and wired)<in>metadata)



Indexed by:
**Inspec**

© Copyright 2008 IEEE – All Rights Rese

11224888

PLUS Search Results for S/N 11224888, Searched Mon Jan 28 13:59:08 EST 2008
The Patent Linguistics Utility System (PLUS) is a USPTO automated search system
for U.S. Patents from 1971 to the present PLUS is a query-by-example search system which
produces a list of patents that are most closely related linguistically to the application
searched. This search was prepared by the staff of the Scientific and Technical Information
Center, SIRA.

| | | |
|---|---|---|
| 6091832 47 | 20070127747 32 | 6242711 31 |
| 5617477 44 | 20050220319 32 | 6427018 31 |
| 5682434 44 | 20070036376 32 | |
| 5687245 44 | 6163711 32 | |
| 6097822 44 | 4539708 32 | |
| 20040037051 42 | 6950627 32 | |
| 4939912 42 | 20040192362 32 | |
| 5235822 42 | 20050281414 32 | |
| 5438698 42 | 20060253625 32 | |
| 20060062413 40 | 20060264176 32 | |
| 5694475 39 | 20070025579 32 | |
| 5737436 39 | 20070141917 32 | |
| 4864619 39 | 5367345 31 | |
| 6144864 39 | 5608808 31 | |
| 20040114777 39 | 4428270 31 | |
| 4764962 38 | 5691514 31 | |
| 7035422 38 | 6069964 31 | |
| 5457751 37 | 4567881 31 | |
| 5563951 37 | 5435185 31 | |
| 5664019 37 | 5737389 31 | |
| 5757929 37 | 6402546 31 | |
| 20070091557 37 | 6614722 31 | |
| 4412106 37 | 6623294 31 | |
| 4825471 37 | 6954405 31 | |
| 5815579 37 | 20020122353 31 | |
| 6792124 37 | 20030008550 31 | |
| 20030108217 37 | 20040120219 31 | |
| 5422957 36 | 5393257 31 | |
| 5506911 36 | 5732143 31 | |
| 5642426 36 | 5825897 31 | |
| 20060045304 36 | 6061456 31 | |
| 5913163 35 | 6061456 31 | |
| 4555167 35 | 5465421 31 | |
| 5815126 35 | 5600714 31 | |
| 4620068 35 | 4788724 31 | |
| RE35051 35 | 4856086 31 | |
| 5680465 35 | 4856087 31 | |
| 5953434 35 | 4974762 31 | |
| 20040165720 35 | 4988314 31 | |
| 6011686 34 | 5201003 31 | |
| 20070014426 34 | 5280651 31 | |
| 4352353 34 | RE34525 31 | |
| 5353205 34 | 5339461 31 | |
| 20070201717 32 | 5854844 31 | |
| 5245666 32 | 5892564 31 | |
| 5764778 32 | 6084950 31 | |
| 6129175 32 | 6104819 31 | |
| 20010053228 32 | 6157291 31 | |
| 20060153409 32 | 6233345 31 | |

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|-------|------|--------------|-----|------------------|---------|------------|
| S1 | 267 | 381/333.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 14:22 |
| S2 | 81 | 381/364.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 15:59 |
| S3 | 316 | 381/388.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 16:39 |
| S4 | 55 | 2/905.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 16:54 |
| S5 | 857 | 2/209.13.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 16:59 |
| S6 | 26 | S5 AND (EARPHONE$1 OR HEADPHONE$1) | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 17:00 |
| S7 | 0 | (EARPHONE$1 OR HEADPHONE$1) NEAR5 DRAWSTRING | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 17:09 |

EAST Search History

| S8 | 0 | (EARPHONE$1 OR HEADPHONE$1) NEAR5 DRAWSTRINGS | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 17:09 |
| S9 | 2 | (EARPHONE$1 OR HEADPHONE$1) SAME DRAWSTRING$1 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 17:09 |
| S10 | 16 | (EARPHONE$1 OR HEADPHONE$1) AND DRAWSTRING$1 | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/09/03 17:10 |

9/4/2008 4:01:34 PM
C:\ Documents and Settings\ rrobinson\ My Documents\ EAST\ Workspaces\ 11224888 -
Wired Clothing and Earphones (2).wsp

## EAST Search History

| Ref # | Hits | Search Query | DBs | Default Operator | Plurals | Time Stamp |
|---|---|---|---|---|---|---|
| L1 | 2 | (("20080047413") or ("20080060506")).PN. | US-PGPUB; USPAT | OR | OFF | 2008/12/17 11:12 |
| L2 | 116 | 381/301.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/12/17 11:13 |
| L3 | 270 | 381/333.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/12/17 12:27 |
| L4 | 192 | 381/385.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/12/17 12:54 |
| L5 | 323 | 381/388.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/12/17 13:09 |
| L6 | 492 | 381/370.CCLS. | US-PGPUB; USPAT; USOCR; FPRS; EPO; JPO; DERWENT; IBM_TDB | ADJ | OFF | 2008/12/17 13:24 |

12/17/2008 1:51:19 PM
C:\ Documents and Settings\ rrobinson\ My Documents\ EAST\ Workspaces\ 11224888 -
Wired Clothing and Earphones (3).wsp

PTO/SB/06 (12-04)
Approved for use through 7/31/2006. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# PATENT APPLICATION FEE DETERMINATION RECORD
### Substitute for Form PTO-875   Effective December 8, 2004

Application or Docket Number: 11224888

## APPLICATION AS FILED – PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE ($) | SMALL ENTITY FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY FEE ($) |
|---|---|---|---|---|---|---|---|
| BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | 150.00 | | N/A | 300.00 |
| SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | $250 | | N/A | $500 |
| EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | $100 | | N/A | $200 |
| TOTAL CLAIMS (37 CFR 1.16(i)) | 21 | minus 20 = 1 | X$ 25 | 25 | OR | X$50 | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | 4 | minus 3 = 1 | X100 | 100 | | X200 | |
| APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | +180= | | | +360= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | 625 | | TOTAL | |

## APPLICATION AS AMENDED – PART II

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | | Minus ** | = | X$ 25 | | OR | X$50 | |
| Independent (37 CFR 1.16(h)) | | Minus *** | = | X100 | | OR | X200 | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE ($) | SMALL ENTITY ADDI-TIONAL FEE ($) | OR | OTHER THAN SMALL ENTITY RATE ($) | OTHER THAN SMALL ENTITY ADDI-TIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| Total (37 CFR 1.16(i)) | | Minus ** | = | X$ 25 | | OR | X$50 | |
| Independent (37 CFR 1.16(h)) | | Minus *** | = | X100 | | OR | X200 | |
| Application Size Fee (37 CFR 1.16(s)) | | | | | | | | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | +180= | | OR | +360= | |
| | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD<br>Substitute for Form PTO-875 | Application or Docket Number<br>11/224,888 | Filing Date<br>09/13/2005 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | (Column 1) | (Column 2) | SMALL ENTITY ☒ | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|
| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | RATE ($) | FEE ($) |
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | TOTAL | | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2.

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | | (Column 2) | | (Column 3) | SMALL ENTITY | | OR | OTHER THAN<br>SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | 06/10/2008 | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | • 16 | Minus | ** 21 | = 0 | | X $25 = | 0 | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | • 4 | Minus | ***4 | = 0 | | X $105 = | 0 | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | | OR | | |
| | | | | | | | TOTAL ADD'L FEE | 0 | OR | TOTAL ADD'L FEE | |

| | | (Column 1) | | (Column 2) | | (Column 3) | | | OR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | | HIGHEST NUMBER PREVIOUSLY PAID FOR | | . PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | | RATE ($) | ADDITIONAL FEE ($) |
| | Total (37 CFR 1.16(i)) | • | Minus | ** | = | | X $ = | | OR | X $ = | |
| | Independent (37 CFR 1.16(h)) | • | Minus | *** | = | | X $ = | | OR | X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | | | | | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | | | OR | | |
| | | | | | | | TOTAL ADD'L FEE | | OR | TOTAL ADD'L FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20"
\*\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/JACQUELINE M. WEIR/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.
If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

PTO/SB/06 (07-06)
Approved for use through 1/31/2007. OMB 0651-0032
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| PATENT APPLICATION FEE DETERMINATION RECORD Substitute for Form PTO-875 | Application or Docket Number 11/224,888 | Filing Date 09/13/2005 | ☐ To be Mailed |
|---|---|---|---|

### APPLICATION AS FILED – PART I

| | | | | | | OTHER THAN |
|---|---|---|---|---|---|---|
| | (Column 1) | (Column 2) | SMALL ENTITY ☒ | OR | SMALL ENTITY | |

| FOR | NUMBER FILED | NUMBER EXTRA | RATE ($) | FEE ($) | | RATE ($) | FEE ($) |
|---|---|---|---|---|---|---|---|
| ☐ BASIC FEE (37 CFR 1.16(a), (b), or (c)) | N/A | N/A | N/A | | | N/A | |
| ☐ SEARCH FEE (37 CFR 1.16(k), (i), or (m)) | N/A | N/A | N/A | | | N/A | |
| ☐ EXAMINATION FEE (37 CFR 1.16(o), (p), or (q)) | N/A | N/A | N/A | | | N/A | |
| TOTAL CLAIMS (37 CFR 1.16(i)) | minus 20 = | * | X $ = | | OR | X $ = | |
| INDEPENDENT CLAIMS (37 CFR 1.16(h)) | minus 3 = | * | X $ = | | | X $ = | |
| ☐ APPLICATION SIZE FEE (37 CFR 1.16(s)) | If the specification and drawings exceed 100 sheets of paper, the application size fee due is $250 ($125 for small entity) for each additional 50 sheets or fraction thereof. See 35 U.S.C. 41(a)(1)(G) and 37 CFR 1.16(s). | | | | | | |
| ☐ MULTIPLE DEPENDENT CLAIM PRESENT (37 CFR 1.16(j)) | | | | | | | |
| * If the difference in column 1 is less than zero, enter "0" in column 2. | | | TOTAL | | | TOTAL | |

### APPLICATION AS AMENDED – PART II

| | | (Column 1) | (Column 2) | (Column 3) | SMALL ENTITY | OR | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|

| AMENDMENT | 12/10/2008 | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| | Total (37 CFR 1.16(i)) | * 10 | Minus ** 21 | = 0 | X $26 = | 0 | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * 1 | Minus *** 4 | = 0 | X $110 = | 0 | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | 0 | OR TOTAL ADD'L FEE | |

| | | (Column 1) | (Column 2) | (Column 3) | RATE ($) | ADDITIONAL FEE ($) | RATE ($) | ADDITIONAL FEE ($) |
|---|---|---|---|---|---|---|---|---|
| AMENDMENT | | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NUMBER PREVIOUSLY PAID FOR | PRESENT EXTRA | | | | |
| | Total (37 CFR 1.16(i)) | * | Minus ** | = | X $ = | | OR X $ = | |
| | Independent (37 CFR 1.16(h)) | * | Minus *** | = | X $ = | | OR X $ = | |
| | ☐ Application Size Fee (37 CFR 1.16(s)) | | | | | | OR | |
| | ☐ FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM (37 CFR 1.16(j)) | | | | | | OR | |
| | | | | | TOTAL ADD'L FEE | | OR TOTAL ADD'L FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Legal Instrument Examiner:
/DIANE JOHNSON/

This collection of information is required by 37 CFR 1.16. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*