CHARLES L. ROBERTS (USB No. 5137)
*croberts@wnlaw.com*
JAMES B. BELSHE (USB No. 9826)
*jbelshe@wnlaw.com*
CHAD E. NYDEGGER (USB No. 9964)
*cnydegger@wnlaw.com*
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

Attorneys for Plaintiffs
LL&L INNOVATIONS LLC and
LOWDOWN DISTRIBUTION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LL&L INNOVATIONS LLC, a Utah limited liability company, and LOWDOWN DISTRIBUTION, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY LEIGH OF CALIFORNIA, INC., a California corporation; KOHL'S CORPORATION, a Wisconsin corporation; JC PENNEY COMPANY, INC., a Texas corporation; RUSTY NORTH AMERICA, LLC, a California limited liability company; HOT TOPIC MERCHANDISING, INC, a California corporation, and SUN COAST MERCHANDISE CORPORATION d/b/a SUNSCOPE, a California corporation,<br><br>Defendants. | Civil Action No. 2:10-cv-00829-TC<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' *EX PARTE* MOTION TO EXCEED PAGE LIMITATIONS**<br><br>Honorable Chief Judge Tena Campbell |

1

Consistent with the Court's leave granted during the status conference held in this matter on September 2, 2010, and DUCivR7-1(e) of the Rules of Practice of the United States District Court for the District of Utah, Plaintiffs LL&L Innovations, LLC and Lowdown Distribution, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel of record, respectfully move the Court for an *Ex Parte* Order granting Plaintiffs leave to exceed the page limitations in their Reply Memorandum in Support of Plaintiffs' Motion Preliminary Injunction ("Reply").

In particular, Plaintiffs request leave to file a Reply that exceeds the page limitations under DUCivR 7-1(b)(3)B by 8 pages, exclusive of the face sheet, table of contents, statement of facts, concise introduction, statements of issues and facts, and exhibits.

During the status conference held on September 2, 2010, the Court granted Defendants' request to exceed the page limit, and extended the same courtesy to Plaintiffs for their Reply. Based on the Court's leave granted during the status conference held on September 2, 2010, Plaintiffs plan to file the subject paper without awaiting an Order granting the present Motion.

DATED this 13th day of September, 2010.

        WORKMAN | NYDEGGER

        By */s/ Chad E. Nydegger*
            CHARLES L. ROBERTS
            JAMES B. BELSHE
            CHAD E. NYDEGGER
        Attorneys for Plaintiffs
        LL&L INNOVATIONS LLC and
        LOWDOWN DISTRIBUTION, INC.