CHARLES L. ROBERTS (USB No. 5137)
*croberts@wnlaw.com*
JAMES B. BELSHE (USB No. 9826)
*jbelshe@wnlaw.com*
CHAD E. NYDEGGER (USB No. 9964)
*cnydegger@wnlaw.com*
**WORKMAN | NYDEGGER**
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:  (801) 328-1707

Attorneys for Plaintiffs
LL&L INNOVATIONS LLC and
LOWDOWN DISTRIBUTION, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

| | |
|---|---|
| LL&L INNOVATIONS LLC, a Utah limited liability company, and LOWDOWN DISTRIBUTION, INC., a California corporation, | Civil Action No. 2:10-cv-00829-TC |
| Plaintiffs, | **MEMORANDUM IN SUPPORT OF PLAINTIFFS' SECOND MOTION TO FILE DOCUMENTS UNDER SEAL** |
| v. | Honorable Chief Judge Tena Campbell |
| JERRY LEIGH OF CALIFORNIA, INC., a California corporation; KOHL'S CORPORATION, a Wisconsin corporation; JC PENNEY COMPANY, INC., a Texas corporation; RUSTY NORTH AMERICA, LLC, a California limited liability company; HOT TOPIC MERCHANDISING, INC, a California corporation, and SUN COAST MERCHANDISE CORPORATION d/b/a SUNSCOPE, a California corporation, | |
| Defendants. | |

1

Plaintiffs LL&L Innovations, LLC and Lowdown Distribution, Inc. (collectively "Plaintiffs"), by and through their undersigned counsel of record, hereby move the Court for leave to file a document under seal pursuant to DUCivR 5-2.

Plaintiffs previously filed a the Second Declaration of Edward Zhou in Support of Plaintiffs' Motion Preliminary Injunction ("Second Zhou Declaration") concurrently with its Reply Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction ("Reply"). Although Mr. Zhou reviewed the declaration prior to its filing, he was not able to sign the declaration prior to its filing because he had to board a plane to travel to the United States to testify at the hearing in case currently set for September 17, 2010. To avoid any prejudice to Defendants, Plaintiffs filed an un-signed version of the Second Zhou Declaration concurrently with the Reply, rather than waiting until Mr. Zhou was able to sign the declaration after his arrival in the United States. Plaintiffs now seek to file a signed Second Zhou Declaration.

Although the Court has granted leave to file the unsigned Second Zhou Declaration under seal and has granted leave to file documents under seal during the Status Conference held in this matter on September 2, 2010, the Clerk of the Court has requested Plaintiffs to file the present motion for leave to file a signed copy of the Second Zhou Declaration under seal prior to actually filing the signed Second Zhou Declaration. Therefore, Plaintiffs are filing the present motion pursuant to the instruction received from the Clerk of the Court.

The Second Zhou Declaration includes proprietary and confidential business information that is at issue in this matter. The Second Zhou Declaration includes this highly confidential information to better explain to the Court the critical issues concerning, *inter alia,* the irreparable harm and balancing of hardships factors. However, Plaintiffs desire to keep such information

sealed from the public to protect their businesses.

Accordingly, Plaintiffs respectfully request leave to file the signed Second Declaration of Edward Zhou in Support of Plaintiffs' Motion for Preliminary Injunction under seal pursuant to DUCivR 5-2.

DATED this 15th day of September, 2010.

>WORKMAN | NYDEGGER
>
>By */s/ Chad E. Nydegger*
>   CHARLES L. ROBERTS
>   JAMES B. BELSHE
>   CHAD E. NYDEGGER
>
>Attorneys for Plaintiffs
>LL&L INNOVATIONS LLC and
>LOWDOWN DISTRIBUTION, INC.