H. DICKSON BURTON (4004)
EDGAR R. CATAXINOS (7162)
TRASKBRITT, P.C.
P.O. Box 2550
230 South 500 East, Suite 300
Salt Lake City, Utah 84110
Telephone: (801) 532-1922, Facsimile: (801) 531-9168

JILL M. PIETRINI (*Admission Pro Hac Vice Pending*)
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614
Telephone: (310) 312-4000, Facsimile: (310) 312-4224

ROBERT D. BECKER (*Pro Hac Vice*)
SHAWN G. HANSEN (8603)
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Building 2
Palo Alto, CA 94304
Telephone: (650) 812-1300, Facsimile: (650) 213-0260

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| LL&L INNOVATIONS, LLC, and LOWDOWN DISTRIBUTION, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY LEIGH OF CALIFORNIA, INC. et al.,<br><br>Defendants. | Civil Action No.: 2:10-cv-829-TC<br><br>U.S. District Judge Tena Campbell<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF SHAWN G. HANSEN REGARDING AUTHENTICATION OF PRIOR ART EXHIBITS IN OPPOSITION TO PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

Defendants[1] hereby move the Court for leave to file the Supplemental Declaration of Shawn G. Hansen in Support of Defendants' Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, attached hereto as Exhibit A, to address issues concerning authentication of certain of Defendants' Prior Art Exhibits (Docket No. 17).

This Motion is based upon the supporting Memorandum filed herewith.

Respectfully submitted,

MANATT, PHELPS & PHILLIPS, LLP

DATED: September 20, 2010                 By: ___/s/ Shawn G. Hansen_____
    Jill M. Pietrini
    Robert D. Becker
    Shawn G. Hansen

*Attorneys for Defendants*

---

[1] As used here, the term "Defendants" includes Defendants Jerry Leigh of California, Inc., Kohl's Corporation, J. C. Penney Company, Inc., Rusty Licensing, Inc., Hot Topic Merchandising, Inc., and Sun Coast Merchandise Corporation.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 20th day of September, 2010, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Charles L. Roberts<br>*croberts@wnlaw.com*<br>James B. Belshe<br>*jbelshe@wnlaw.com*<br>Chad E. Nydegger<br>*cnydegger@wnlaw.com*<br>WORKMAN \| NYDEGGER<br>1000 Eagle Gate Tower<br>60 East South Temple<br>Salt Lake City, Utah 84111<br><br>*Attorneys for Plaintiffs*<br>LL&L INNOVATIONS, LLC<br>LOWDOWN DISTRIBUTION, INC. | _____ Hand Delivery<br>__X__ CM/ECF system<br>_____ Federal Express<br>_____ Email |

                                                           */s/ Shawn G. Hansen*

300151907.1