IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| LL&L INNOVATIONS, LLC, and LOWDOWN DISTRIBUTION, INC., | |
| Plaintiffs, | ORDER |
| vs. | |
| JERRY LEIGH OF CALIFORNIA, INC., et al., | Case No. 2:10-CV-829-TC |
| Defendants. | |

For the reasons set forth during the January 7, 2011 hearing on Defendants' Motion to

Dismiss Plaintiffs' First Amended Complaint (Docket No. 72), the motion is DENIED.

SO ORDERED this 7th day of January, 2011.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge