JAMES B. BELSHE (USB No. 9826)
*jbelshe@kmclaw.com*
JAMES T. BURTON (USB No.11875)
*jburton@kmclaw.com*
SHAWN T. RICHARDS (USB No. 11949)
*srichards@kmclaw.com*
**KIRTON & MCCONKIE**
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 328-3600
Facsimile:  (801) 321-4893

Attorneys for Plaintiff
Lowdown Distribution, Inc.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| LL&L INNOVATIONS LLC, a Utah limited liability company, and LOWDOWN DISTRIBUTION, INC., a California corporation,, <br><br> Plaintiffs, <br><br> v. <br><br> JERRY LEIGH OF CALIFORNIA, INC., a California corporation; KOHL'S CORPORATION, a Wisconsin corporation; JC PENNEY COMPANY, INC., a Texas corporation; RUSTY NORTH AMERICA, LLC, a California limited liability company; HOT TOPIC MERCHANDISING, INC, a California corporation, and SUN COAST MERCHANDISE CORPORATION d/b/a SUNSCOPE, a California corporation, <br><br> Defendants. | Civil Action No. 2:10-cv-00829-TC <br><br> **MOTION FOR ENTRY OF PROTECTIVE ORDER** <br><br> Honorable Chief Judge Tena Campbell |

Plaintiffs LL&L Innovations LLC and Lowdown Distribution, Inc. ("Plaintiffs"), by and through their counsel of record, and pursuant to FED. R. CIV. P. 7(b)(1) and DUCivR 7-1(a), hereby move this Court for entry of Judge Campbell's standard Protective Order in patent cases.

The underlying litigation involves a claim for patent infringement. Thus, confidential trade secrets and/or other proprietary information relating to patents and other business information will be disclosed during the course of the litigation by the parties and by non-parties. Therefore, Plaintiffs request that this Court enter Judge Campbell's standard Protective Order in patent cases.

The grounds for this motion are more fully set forth in the accompanying supportive memorandum filed concurrently herewith, together with all other pleadings and papers on file in this matter. Plaintiffs' proposed Protective Order is attached as Exhibit A to the accompanying supportive memorandum and modifies Judge Campbell's form Protective Order only to identify the litigants and the patent at issue.

DATED this 2nd day of March, 2011.

| **KIRTON & McCONKIE** | **WORKMAN NYDEGGER** |
|---|---|
| s/ James B. Belshe | s/ Chad E. Nydegger |
| James B. Belshe | Chad E. Nydegger |
| James T. Burton | Attorneys for Plaintiff |
| Shawn T. Richards | LL&L Innovations, LLC |
| Attorneys for Plaintiff | |
| Lowdown Distribution, Inc. | |

## CERTIFICATE OF SERVICE

     I hereby certify that on this the 2nd day of March, 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which caused service upon all counsel registered thereon.

                                                /s/ Heather Bartlett
                                                Heather Bartlett

4829-1478-3752.1