JAMES B. BELSHE (USB No. 9826)
*jbelshe@kmclaw.com*
JAMES T. BURTON (USB No.11875)
*jburton@kmclaw.com*
SHAWN T. RICHARDS (USB No. 11949)
*srichards@kmclaw.com*
**KIRTON & MCCONKIE**
1800 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT  84111
Telephone:  (801) 328-3600
Facsimile:  (801) 321-4893

Attorneys for Plaintiff
Lowdown Distribution, Inc.

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
CENTRAL DIVISION**

| | |
|---|---|
| LL&L INNOVATIONS LLC, a Utah limited liability company, and LOWDOWN DISTRIBUTION, INC., a California corporation,, | Civil Action No. 2:10-cv-00829-TC |
| Plaintiffs, | **MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY PROTECTIVE ORDER** |
| v. | Honorable Chief Judge Tena Campbell |
| JERRY LEIGH OF CALIFORNIA, INC., a California corporation; KOHL'S CORPORATION, a Wisconsin corporation; JC PENNEY COMPANY, INC., a Texas corporation; RUSTY NORTH AMERICA, LLC, a California limited liability company; HOT TOPIC MERCHANDISING, INC, a California corporation, and SUN COAST MERCHANDISE CORPORATION d/b/a SUNSCOPE, a California corporation, | |
| Defendants. | |

Plaintiffs LL&L Innovations LLC and Lowdown Distribution, Inc. (collectively, "Plaintiffs"), by and through their counsel of record and pursuant to FED. R. CIV. P. 7(b)(1) and DUCivR 7-1(b), hereby file this Memorandum in Support of Motion for Entry of Judge Campbell's Standard Protective Order Governing Patent Actions.

I. **PLAINTIFFS' REQUEST THAT THE COURT'S STANDARD PROTECTIVE ORDER FOR PATENT CASES BE ENTERED.**

This is a patent infringement action. As a result, the Court's standard protective order governing patent cases should be utilized. A protective order in this matter is necessary as confidential and propriety trade secrets and other information will be produced and/or otherwise disclosed by the parties and by non-parties during the course of the litigation.

On or about February 28, 2011, counsel for Plaintiffs and Defendants telephonically discussed the Court's standard patent Protective Order. Plaintiffs believe that the Court's standard patent Protective Order is sufficient for this matter. Defendants, however, requested that the Court's standard patent Protective Order be modified in the form attached hereto as Exhibit B. Because Plaintiffs believe that the Court's standard patent Protective Order is sufficient, and that Defendants' suggested modifications are unnecessary, Plaintiffs did not agree to Defendants' proposed modifications.

Based upon the foregoing, Plaintiffs respectfully request that the Court enter Plaintiffs' proposed Protective Order in the form attached hereto as Exhibit A.

DATED this 2nd day of March, 2011.

| | |
|---|---|
| **KIRTON & McCONKIE** | **WORKMAN NYDEGGER** |
| | |
| s/ James B. Belshe | s/ Chad E. Nydegger |
| James B. Belshe | Chad E. Nydegger |

James T. Burton  
Shawn T. Richards  
Attorneys for Plaintiff  
Lowdown Distribution, Inc.

Attorneys for Plaintiff  
LL&L Innovations, LLC

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this the 2nd day of March, 2011, a copy of the foregoing was filed electronically through the Court's CM/ECF system, which caused service upon all counsel registered thereon.

                                            /s/ Heather Bartlett
                                            Heather Bartlett

4843-9891-2264.1